**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MARIN SOFTWARE INCORPORATED,[1] | Case No. 25-11263 (LSS) |
| Debtor. | |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Marin Software Incorporated ("Marin" or the "Debtor"), as debtor and debtor in possession in the above-captioned chapter 11 case, has filed its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement) in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor, with the assistance of its Chief Financial Officer ("CFO") and estate professionals, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

Robert Bertz has signed the Schedules and Statement. Mr. Bertz serves as the CFO of the Debtor. In reviewing and signing the Schedules and Statement, Mr. Bertz has necessarily relied upon the efforts, statements, and representations of the Debtor's personnel and professionals. Given the scale of the Debtor's business and complexity of its business covered by the Schedules and Statement, Mr. Bertz has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statement, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statement, subsequent information or discovery may result in material changes to the Schedules and Statement. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor hereby reserves its right to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or

---

[1] The last four digits of the Debtor's federal tax identification number are 7180. The Debtor's address is 149 New Montgomery, 4th Floor, San Francisco, CA 94105. Copies of all pleadings filed in this chapter 11 case may be obtained free of charge at www.donlinrecano.com/mrin.

injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its officers, employees, agents, and professionals expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor or its officers, employees, agents, or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its officers, employees, agents, attorneys, or their professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1.  **Description of Cases**. On July 1, 2025, (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is operating its business and managing its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2.  **Global Notes Control**. These Global Notes pertain to and comprise an integral part of the Schedules and Statement and should be referenced in connection with any review thereof. In the event that the Schedules and Statement conflict, these Global Notes shall control.

3.  **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statement; however, as noted above, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and supplement the Schedules and Statement as may be necessary or appropriate. Nothing contained in the Schedules and Statement constitutes a waiver of any of the Debtor's rights or an admission of any kind with respect to this chapter 11 case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    a.  **No Admission**. Nothing contained in the Schedules and Statement is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's right to dispute any claim or assert any cause of action or defense against any party.

    b.  **Recharacterization**. Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets,

executory contracts, unexpired leases, and other items reported in the Schedules and Statement, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor thus reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statement at a later time as is necessary and appropriate.

c.    **Classifications**. Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract.

d.    **Claims Description**. Any failure to designate a claim on the Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its respective Schedules and Statement on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed. The Debtor reserves all rights to amend its Schedules and Statement as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.    **Estimates and Assumptions**. The preparation of the Schedules and Statement required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

f.    **Intellectual Property Rights**. Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g.    **Insiders**. The listing of a party as an insider for purposes of the Schedules and Statement is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statement has been included for informational purposes only and

such information may not be used for the purposes of determining control of the Debtor, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtor, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

In the circumstance where the Schedules and Statement require information regarding "insiders," the Debtor has included information with respect to the individuals who the Debtor believes are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.

4.    **Methodology**.

a.    **Basis of Presentation**.  The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of the Debtor. The Schedules and Statement contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statement reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor on an unconsolidated basis except as noted on the applicable Schedules or Statement or herein.

b.    **Duplication**. Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statement and Schedules. To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities, and prepetition payments once.

c.    **Net Book Value**. In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtor. Accordingly, unless otherwise indicated, the Schedules and Statement reflect estimates of net book values as of the Petition Date. Market values may vary materially from net book values. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain the current market values of all their property. Accordingly, the Debtor has indicated in the Schedules and Statement that the values of certain assets and liabilities are undetermined. Amounts ultimately realized may vary materially from net book value (or such other value that was ascribed). Accordingly, the Debtor reserves all rights to amend, supplement, or adjust the asset values set forth herein. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar or undetermined value, as such assets have no net book value.

d.    **Property and Equipment**. Unless otherwise indicated, owned property and equipment are valued at net book value as of June 30, 2025. The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors. To the extent possible, any such leases are listed in the Schedules and Statement. Nothing in the

Schedules and Statement is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect thereto.

e.      **Allocation of Liabilities**. The Debtor allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

f.      **Undetermined Amounts**. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

g.      **Unliquidated Amounts**. Amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated," "undetermined," or "unknown."

h.      **Totals**. All totals that are included in the Schedules and Statement represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

i.      **Intercompany Claims**. The intercompany balances are reported on a consolidated basis as of June 30, 2025. As a result, the intercompany balances net to zero and are not included in the Schedules and Statement.

j.      **Guarantees and Other Secondary Liability Claims**. The Debtor has exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedule G with respect to leases. The Debtor may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as it continues its review of its books and records and contractual agreements. The Debtor reserves its right to amend the Schedules and Statements if additional guarantees are identified.

k.      **Liens**. The inventories, property, and equipment listed in the Schedules and Statement are presented without consideration of any liens.

l.      **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

m.      **Setoffs**. The Debtor incurs setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, deposits received from customers, and amounts due from customers that may also be vendors. These normal, ordinary course setoffs and nettings are due to the nature of the Debtor's customer and supplier relationships. Such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as

such, are or may be excluded from the Schedules and Statement. In addition, some amounts listed in the Schedules and Statement may have been affected by setoffs or nettings by third parties of which the Debtor is not yet aware. The Debtor reserves all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.    **Specific Schedules Disclosures**.

a.    **Schedule A/B**

*Parts 1 and 2 - Cash and Cash Equivalents; Deposits and Prepayments*. Details with respect to the Debtor's cash management system and bank accounts are provided in the *Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Continue Company Credit Card Programs and (D) Maintain Existing Business Forms; (II) Authorizing the Debtor to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursement Expenses, and (B) Continue the Compensation and Benefit Programs; and (III) Granting Related Relief* [Docket No. 6] (the "Omnibus First Day Motion") and any orders of the Bankruptcy Court granting the Omnibus First Day Motion. As described therein, the Debtor utilizes a centralized cash management system.

**Question 3 - Checking, savings, money market, or financial brokerage accounts**. The balances of the Debtor's foreign currency accounts are reflected in United States Dollars as of the Petition Date, but using a currency exchange rate as of July 15, 2025.

*Part 4 - Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture*. Ownership interests in subsidiaries have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value.

b.    **Schedule D - Creditors Who Have Claims Secured by Property**. The Debtor reserves its right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

The Debtor has not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

c.    **Schedule E/F - Creditors Who Have Unsecured Claims.**

*Part 1 - Creditors with Priority Unsecured Claims*. Pursuant to the *Interim Order (I) Authorizing the Debtor to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Continue Company Credit Card Program; and (D) Maintain Existing Business Forms; (II) Authorizing the Debtor to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (B) Continue the Compensation and Benefits Programs; and (III) Granting Related Relief* [Docket No. 29], the Debtor received authority to pay certain prepetition obligations, including employee wages and other employee benefits, in the ordinary course of business.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority status.

*Part 2 - Creditors with Nonpriority Unsecured Claims*. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records. The Debtor made a reasonable attempt to set forth its unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2 reflects liabilities based on the Debtor's books and records. All of the known Schedule E/F, Part 2 liabilities as of the Petition Date are listed on Schedule E/F, Part 2.

Schedule E/F, Part 2, includes contractual severance obligations owed to certain of the Debtor's current employees that will become due and payable upon closing of the transaction contemplated under that certain *Restructuring Support Agreement*, by and among the Debtor, YYYYY, LLC, and Kaxxa Holdings, Inc. Accordingly such amounts are not designated on Schedule E/F, Part 2, as contingent, unliquidated, or disputed.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases.

As of the time of filing of the Schedules and Statement, the Debtor may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtor reserves its right to amend Schedules D and E/F if and as it receives such invoices.

d.     **Schedule G - Executory Contracts and Unexpired Leases**. While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as supplemental agreements, statements of work, amendments, and letter agreements, which documents may not be set forth in Schedule G.

Certain of the agreements listed on Schedule G may have expired or terminated pursuant to their terms, but are listed on Schedule G in an abundance of caution.

The Debtor reserves all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract. The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's right under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

6.     **Specific Statements Disclosures.**

a.     **Part 1, Question 1 – Gross Revenue from Business**. Revenue is reported as of June 30, 2025.

b.     **Part 2, Question 3 – 90 Day Payments**. The dates in the date of payment column relate to one of the following: (i) the date of a wire transfer; (ii) the date of an ACH payment; or (iii) the clearance or issuance date for a check or money order. Although the Debtor has attempted to remove unfunded and rejected payments, there may be items in process. Therefore, certain payments reflected in Question 3

may not have been paid, and those amounts may also appear as unsecured nonpriority claims in Schedule E/F as amounts owed to the same entities. Payments or transfers made within the 90 days before the Petition Date to non-employee directors and/or insiders are included in Question 4 and are not listed on Question 3. Payments made to bankruptcy professionals are not represented within this question. All payments made to bankruptcy professionals within 1 year of the Petition Date have instead been included within SOFA 11, as these payments are related to either debt consolidation or restructuring, bankruptcy relief, or filing a bankruptcy case.

c.      **Part 6, Question 11 – Payments related to bankruptcy**. Payments made to bankruptcy professionals within one year of the Petition Date are represented in the response to this question; to the extent payments were made within 90 days preceding the Petition Date, they are listed here and not duplicated in the Debtor's response to Question 3. Payments listed in the response to this question could relate to fees, expense reimbursements, or retainers.

d.      **Part 2, Question 26.d – Financial Statements**. Over the prior two years, the Debtor has provided its financial statements to various parties, including potential lenders, investors, vendors, government entities and other interested parties either directly, through online data rooms or other diligence procedures.

e.      **Part 13, Question 29 – Former Directors and Officers**. Mike Coleman, General Counsel of the Debtor from October 21, 2019 to May 2, 2025, remains employed by the Debtor as an independent contractor.

f.      **Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**. The Debtor believe that Question 30 was answered by the Debtor's response to Question 4 and have therefore not listed any payments, distributions, or withdrawals to insiders under this section.

**Fill in this information to identify the case:**

**Debtor name:** Marin Software Incorporated

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 25-11263

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals       12/15

| Part 1: | Summary of Assets |
|---|---|

**1.** *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. | **Real property:** Copy line 88 from Schedule A/B ........................................................................ | $0.00 |
| 1b. | **Total personal property:** Copy line 91A from Schedule A/B .......................................................... | $3,542,663.17 |
| 1c. | **Total of all property:** Copy line 92 from Schedule A/B ................................................................ | $3,542,663.17 |

| Part 2: | Summary of Liabilities |
|---|---|

| | | |
|---|---|---|
| **2.** | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D) Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ................ | $300,000.00 |

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

| | | |
|---|---|---|
| 3a. | **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F ........................................................ | UNDETERMINED |
| 3b. | **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ........................... | **+** $3,804,271.88 |

| | | |
|---|---|---|
| **4.** | *Total liabilities* Lines 2 + 3a + 3b ...................................................................................................................... | $4,104,271.88 |

**Fill in this information to identify the case:**

**Debtor name:** Marin Software Incorporated

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 25-11263

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also list the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.    **Cash on hand**

2.1. _____    $_____

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | SILICON VALLEY BANK | SVB MONEY MARKET | 3330 | $596,424.48 |
| 3.2. | SILICON VALLEY BANK | SVB CHECKING (USD) | 7317 | $8.11 |
| 3.3. | SILICON VALLEY BANK | SVB CHECKING (EUR) | 6810 | $0.94 |
| 3.4. | SILICON VALLEY BANK | SVB CHECKING (GBP) | 2435 | $1.38 |
| 3.5. | SILICON VALLEY BANK | SVB CHECKING (AUD) | 6312 | $838.34 |
| 3.6. | SILICON VALLEY BANK | SVB CHECKING (JPY) | 6308 | $711.46 |
| 3.7. | SILICON VALLEY BANK | SVB PAYABLES (USD) | 8869 | $0.00 |
| 3.8. | HSBC | HSBC CHECKING - US | 1228 | $3.29 |

4.    **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

5.    **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $597,988.00 |

Debtor  **Marin Software Incorporated**                                          Case number *(if known)* **25-11263**

| **Part 2:** | **Deposits and prepayments** |

**6.    Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below

**7.    Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|
| 7.1.  COMPLIANCE DEPOSIT RELATED TO CHINA PAYROLL & BENEFITS<br>VISTRA | $16,480.00 |
| 7.2.  SECURITY DEPOSIT - LEASE AT 149 NEW MONTGOMERY, 4TH FLR., SAN FRANCISCO, CA 94105<br>WERQWISE | $1,800.00 |

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|
| 8.1.  PREPETITION RETAINER BALANCE<br>ARMANINO ADVISORY LLC | $93,959.00 |
| 8.2.  PREPETITION RETAINER BALANCE<br>DONLIN, RECANO & COMPANY, LLC | $1,225.15 |
| 8.3.  PREPAID LICENSE<br>DONNELLEY FINANCIAL, LLC | $2,160.47 |
| 8.4.  PREPETITION RETAINER BALANCE<br>FENWICK WEST LLC | $50,000.00 |
| 8.5.  PREPAID LICENSE<br>FLOQAST, INC. | $5,021.25 |
| 8.6.  PREPAID INSURANCE<br>KAISER PERMANENTE | $4,469.98 |
| 8.7.  PREPAID INSURANCE<br>MARSH USA INC. | $250,543.75 |
| 8.8.  PREPAID OTHER EXPENSES<br>NASDAQ CORPORATE SOLUTIONS, LLC | $26,500.00 |
| 8.9.  PREPAID LICENSE<br>OSANO, INC., A PUBLIC BENEFIT CORPORATION | $537.50 |
| 8.10.  PREPETITION RETAINER BALANCE<br>PACHULSKI STANG ZIEHL & JONES LLP | $42,914.00 |
| 8.11.  PREPAID LICENSE<br>SALESFORCE.COM, INC | $1,638.50 |

**9.    Total of part 2**

Add lines 7 through 8. Copy the total to line 81.

$497,249.60

Debtor    **Marin Software Incorporated**                                      Case number *(if known)* **25-11263**

| Part 3: | Accounts receivable |
|---|---|

**10.    Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.       Accounts receivable**

|  |  | Face amount | Doubtful or uncollectible accounts |  |  |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $2,145,727.19 | - $0.00 | = ........ → | $2,145,727.19 |

|  |  | Face amount | Doubtful or uncollectible accounts |  |  |
|---|---|---|---|---|---|
| 11b. | Over 90 days old: | $368,629.10 | - $153,606.72 | = ........ → | $215,022.38 |

**12.    Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $2,360,749.57 |
|---|

| Part 4: | Investments |
|---|---|

**13.    Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| 14.1. | _____ | _____ | $_____ |
|---|---|---|---|

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity | % of ownership | | |
|---|---|---|---|---|
| 15.1. | MARIN SOFTWARE LIMITED - IRELAND | 100.00% | _____ | UNDETERMINED |

**16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

| 16.1. | _____ | _____ | $_____ |
|---|---|---|---|

**17.    Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

| UNDETERMINED |
|---|

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.    Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

Debtor   **Marin Software Incorporated**                                   Case number *(if known)* **25-11263**

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| 19.1. _____ | _____ | $_____ | _____ | $_____ |
| **20.** Work in progress | | | | |
| 20.1. _____ | _____ | $_____ | _____ | $_____ |
| **21.** Finished goods, including goods held for resale | | | | |
| 21.1. _____ | _____ | $_____ | _____ | $_____ |
| **22.** Other inventory or supplies | | | | |
| 22.1. _____ | _____ | $_____ | _____ | $_____ |

**23.** **Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____ Valuation method: _____ Current value: $_____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** Crops—either planted or harvested | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.** Farm animals.  Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.** Farm machinery and equipment (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.** Farm and fishing supplies, chemicals, and feed | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.** Other farming and fishing-related property not already listed in Part 6 | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

**33.** **Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

Debtor   **Marin Software Incorporated**                                     Case number *(if known)* **25-11263**

**34.   Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____   Valuation method: _____   Current value: $_____

**36.   Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.   Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture** | | | |
| 39.1. _____ | $_____ | _____ | $_____ |
| **40.   Office fixtures** | | | |
| 40.1. _____ | $_____ | _____ | $_____ |

**41.   Office equipment, including all computer equipment and communication systems equipment and software**

| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41.1.   COMPUTER EQUIPMENT | $0.00 | _____ | UNDETERMINED |
| 41.2.   SOFTWARE | $0.00 | _____ | UNDETERMINED |
| 41.3.   INTERNALLY DEVELOPED SOFTWARE | $0.00 | _____ | UNDETERMINED |
| 41.4.   OFFICE & DATA CENTER EQUIPMENT | $0.00 | _____ | UNDETERMINED |

**42.   Collectibles.** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1. _____ | $_____ | _____ | $_____ |
|---|---|---|---|

**43.   Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

| UNDETERMINED |
|---|

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

Debtor    **Marin Software Incorporated**                                              Case number *(if known)* **25-11263**

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. _____ | $_____ | _____ | $_____ |
| **48.** **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. _____ | $_____ | _____ | $_____ |
| **49.** **Aircraft and accessories** | | | |
| 49.1. _____ | $_____ | _____ | $_____ |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1. _____ | $_____ | _____ | $_____ |

**51.** **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.                                                  $0.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54.** **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.1. _____ | _____ | $_____ | _____ | $_____ |

**56.** **Total of part 9**

Add the current value on lines 55. Copy the total to line 88.                                        $0.00

Debtor    **Marin Software Incorporated**                                              Case number *(if known)* **25-11263**

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59.    Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1.    MARIN SOFTWARE SERIAL NUMBER #85816819 (TRADEMARK LOGO) | $0.00 | _____ | UNDETERMINED |
| 60.2.    PRIVACY-SAFE ATTRIBUTION DATA HUB PATENT NUMBER: 11087027 | $0.00 | _____ | UNDETERMINED |
| 60.3.    AUDIENCE DEFINITION FOR ADVERTISING SYSTEMS PATENT NUMBER: 10360589 | $0.00 | _____ | UNDETERMINED |
| 60.4.    CONTINUOUS VALUE-PER-CLICK ESTIMATION FOR LOW-VOLUME TERMS PATENT NUMBER: 9311661 | $0.00 | _____ | UNDETERMINED |
| 60.5.    CONTINUOUS VALUE-PER-CLICK ESTIMATION FOR LOW-VOLUME TERMS PATENT NUMBER: 8583473 | $0.00 | _____ | UNDETERMINED |
| 60.6.    CONTINUOUS VALUE-PER-CLICK ESTIMATION FOR LOW-VOLUME TERMS PATENT NUMBER: 8117066 | $0.00 | _____ | UNDETERMINED |

| **61.    Internet domain names and websites** | | | |
| --- | --- | --- | --- |
| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
| 61.1.    ATTRIBUTIONENGINE.COM | $0.00 | _____ | UNDETERMINED |
| 61.2.    BIGGESTSEARCHGEEK.COM | $0.00 | _____ | UNDETERMINED |
| 61.3.    BJGGESTSEARCHGEEKCONTEST.COM | $0.00 | _____ | UNDETERMINED |
| 61.4.    BJGGESTSOCIALGEEK.COM | $0.00 | _____ | UNDETERMINED |
| 61.5.    GETKICKER.COM | $0.00 | _____ | UNDETERMINED |
| 61.6.    MARINIFY.COM | $0.00 | _____ | UNDETERMINED |
| 61.7.    MARINONE.COM | $0.00 | _____ | UNDETERMINED |
| 61.8.    MARINMCCACCESS.COM | $0.00 | _____ | UNDETERMINED |
| 61.9.    MARINSEARCHMARKETER.COM | $0.00 | _____ | UNDETERMINED |
| 61.10.    MARINSM.BIZ | $0.00 | _____ | UNDETERMINED |
| 61.11.    MARINSM.INFO | $0.00 | _____ | UNDETERMINED |
| 61.12.    MARINSM.NET | $0.00 | _____ | UNDETERMINED |
| 61.13.    MARINSOFTWARE.BIZ | $0.00 | _____ | UNDETERMINED |
| 61.14.    MARINSOFTWARE.CO | $0.00 | _____ | UNDETERMINED |
| 61.15.    MARINSOFTWARE.CO.UK | $0.00 | _____ | UNDETERMINED |

Debtor    **Marin Software Incorporated**                                    Case number *(if known)* **25-11263**

**61.    Internet domain names and websites**

|  |  | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.16. | MARINSOFTWARE.COM | $0.00 | _____ | UNDETERMINED |
| 61.17. | MARINSOFTWARE.COM.AU | $0.00 | _____ | UNDETERMINED |
| 61.18. | MARINSOFTWARE.ES | $0.00 | _____ | UNDETERMINED |
| 61.19. | MARINSOFTWARE.COM | $0.00 | _____ | UNDETERMINED |
| 61.20. | MARINSOFTWARE.COM.AU | $0.00 | _____ | UNDETERMINED |
| 61.21. | MARINSOFTWARE.ES | $0.00 | _____ | UNDETERMINED |
| 61.22. | MARINSOFTWARE.INFO | $0.00 | _____ | UNDETERMINED |
| 61.23. | MARINSOFTWARE.MOBI | $0.00 | _____ | UNDETERMINED |
| 61.24. | MARINSOFTWARE.NET | $0.00 | _____ | UNDETERMINED |
| 61.25. | MARINSOFTWARE.NET.AU | $0.00 | _____ | UNDETERMINED |
| 61.26. | MARINSOFTWARE.US | $0.00 | _____ | UNDETERMINED |
| 61.27. | MARINSW.BIZ | $0.00 | _____ | UNDETERMINED |
| 61.28. | MARINSW.COM | $0.00 | _____ | UNDETERMINED |
| 61.29. | MARINSW.INFO | $0.00 | _____ | UNDETERMINED |
| 61.30. | MARINSW.NET | $0.00 | _____ | UNDETERMINED |
| 61.31. | MARINSW.ORG | $0.00 | _____ | UNDETERMINED |
| 61.32. | MARINSW.US | $0.00 | _____ | UNDETERMINED |
| 61.33. | MARINTEST.COM | $0.00 | _____ | UNDETERMINED |
| 61.34. | MARINTESTER.COM | $0.00 | _____ | UNDETERMINED |
| 61.35. | MYSOCIALPIXEL.COM | $0.00 | _____ | UNDETERMINED |
| 61.36. | POWPOWSPORTS.COM | $0.00 | _____ | UNDETERMINED |
| 61.37. | PPCBENCHMARKASSESSMENT.COM | $0.00 | _____ | UNDETERMINED |
| 61.38. | PSMARIN.COM | $0.00 | _____ | UNDETERMINED |
| 61.39. | RATRIBUTION.COM | $0.00 | _____ | UNDETERMINED |
| 61.40. | REDIRECTSAREDEAD.COM | $0.00 | _____ | UNDETERMINED |
| 61.41. | REVENUEACQUISITIONMANAGEMENT.COM | $0.00 | _____ | UNDETERMINED |
| 61.42. | SACRIFICEFOUL.COM | $0.00 | _____ | UNDETERMINED |
| 61.43. | SMOV.CO | $0.00 | _____ | UNDETERMINED |
| 61.44. | SOCIALMOOV.COM | $0.00 | _____ | UNDETERMINED |
| 61.45. | MARINSOFTWARE.COM.AU | $0.00 | _____ | UNDETERMINED |
| 61.46. | MARINSOFTWARE.CO | $0.00 | _____ | UNDETERMINED |
| 61.47. | SMOV.CO | $0.00 | _____ | UNDETERMINED |
| 61.48. | BIGGESTSEARCHGEEK.COM | $0.00 | _____ | UNDETERMINED |
| 61.49. | MARINMCCACCESS.COM | $0.00 | _____ | UNDETERMINED |
| 61.50. | MARINONE.COM | $0.00 | _____ | UNDETERMINED |
| 61.51. | MARINSM.COM | $0.00 | _____ | UNDETERMINED |
| 61.52. | MARINSOFTWARE.COM | $0.00 | _____ | UNDETERMINED |
| 61.53. | MARINTRK.COM | $0.00 | _____ | UNDETERMINED |

Debtor    **Marin Software Incorporated**                                                                                    Case number *(if known)* **25-11263**

**61.    Internet domain names and websites**

| | | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.54. | MYSOCIALPIXEL.COM | $0.00 | _____ | UNDETERMINED |
| 61.55. | POWPOWSPORTS.COM | $0.00 | _____ | UNDETERMINED |
| 61.56. | PPCBENCHMARKASSESSMENT.COM | $0.00 | _____ | UNDETERMINED |
| 61.57. | PSMARIN.COM | $0.00 | _____ | UNDETERMINED |
| 61.58. | REVENUEACQUISITIONMANAGEMENT.COM | $0.00 | _____ | UNDETERMINED |
| 61.59. | SOCIALMOOV.COM | $0.00 | _____ | UNDETERMINED |
| 61.60. | MARINSOFTWARE.DE | $0.00 | _____ | UNDETERMINED |
| 61.61. | MARINSOFTWARE.FR | $0.00 | _____ | UNDETERMINED |
| 61.62. | MARINTEST01.INFO | $0.00 | _____ | UNDETERMINED |
| 61.63. | MARINSOFTWARE.CO.JP | $0.00 | _____ | UNDETERMINED |
| 61.64. | MARINSOFTWARE.JP | $0.00 | _____ | UNDETERMINED |
| 61.65. | MARINSM.NET | $0.00 | _____ | UNDETERMINED |
| 61.66. | MARINSW.NET | $0.00 | _____ | UNDETERMINED |
| 61.67. | MARINSW.ORG | $0.00 | _____ | UNDETERMINED |
| 61.68. | MARINSOFTWARE.CO.UK | $0.00 | _____ | UNDETERMINED |

**62.    Licenses, franchises, and royalties**

62.1.    _____    $_____    _____    $_____

**63.    Customer lists, mailing lists, or other compilations**

63.1.    CUSTOMER LIST                         $0.00          _____    UNDETERMINED

**64.    Other intangibles, or intellectual property**

64.1.    _____    $_____    _____    $_____

**65.    Goodwill**

65.1.    _____    $_____    _____    $_____

**66.    Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

UNDETERMINED

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 11:    All other assets**

**70.    Does the debtor own any other assets that have not yet been reported on this form?**

Debtor   **Marin Software Incorporated**                                       Case number *(if known)* **25-11263**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

**71.** **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1.  NOTE RECEIVABLE<br>CHRISTOPHER LIEN<br>Address Intentionally Omitted | $86,676.00 | - $0.00 | = ........ → | $86,676.00 |

**72.** **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1.  COLORADO STATE TREASURER<br>200 E COLFAX AVE<br>STE 140<br>DENVER CO 80203 | $_____ | $17,561.68 | 2023 | UNDETERMINED |
| 72.2.  ILLINOIS OFFICE OF THE TREASURER<br>1 EAST OLD STATE CAPITOL PLAZA<br>SPRINGFIELD IL 62701 | $_____ | $163,229.14 | 2023 | UNDETERMINED |
| 72.3.  INTERNAL REVENUE SERVICE<br>1500 PENNSYLVANIA AVE, NW<br>WASHINGTON DC 20220 | $_____ | $165,874,822.00 | 2006 - 2023 | UNDETERMINED |
| 72.4.  MARYLAND STATE TREASURER'S OFFICE<br>80 CALVERT ST<br>ANNAPOLIS MD 21401 | $_____ | $1,970.59 | 2023 | UNDETERMINED |
| 72.5.  MINNESOTA DEPARTMENT OF REVENUE<br>600 N ROBERT ST.<br>SAINT PAUL MN 55101 | $_____ | $71,531.94 | 2023 | UNDETERMINED |
| 72.6.  NEW YORK CITY DEPARTMENT OF FINANCE<br>1 CENTRE ST<br>STE 2200<br>NEW YORK NY 10007 | $_____ | $73,896.26 | 2023 | UNDETERMINED |
| 72.7.  NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES<br>1 STATE ST<br>NEW YORK NY 10004 | $_____ | $335,579.97 | 2023 | UNDETERMINED |
| 72.8.  NORTH CAROLINA TREASURER<br>3200 ATLANTIC AVE<br>RALEIGH NC 27604 | $_____ | $3,833.50 | 2023 | UNDETERMINED |
| 72.9.  OREGON STATE TREASURY<br>867 HAWTHORNE ACE NE<br>SALEM OR 97301 | $_____ | $25,951.35 | 2023 | UNDETERMINED |

**73.** **Interests in insurance policies or annuities**

| Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|
| 73.1.  AIG | CRIME INSURANCE - POLICY NO. 01-307-65-43 | _____ | _____ | _____ | UNDETERMINED |

| Debtor | **Marin Software Incorporated** | | | | | Case number *(if known)* **25-11263** |

| 73.2. | AIG | FIDUCIARY INSURANCE - POLICY NO. 01-307-33-11 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | AIG | FIDUCIARY INSURANCE - POLICY NO. 01-307-33-11 | _____ | _____ | _____ | UNDETERMINED |
| 73.4. | BERKLEY INSURANCE COMPANY | GENERAL LIABILITY INSURANCE - POLICY NO. TCP 7008941-18 | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | BERKLEY INSURANCE COMPANY | PROPERTY INSURANCE - POLICY NO. TCP 7008941-18 | _____ | _____ | _____ | UNDETERMINED |
| 73.6. | BERKLEY INSURANCE COMPANY | UMBRELLA INSURANCE - POLICY NO. TCP 7008941-18 | _____ | _____ | _____ | UNDETERMINED |
| 73.7. | BERKLEY INSURANCE COMPANY | WORKERS COMPENSATION INSURANCE - POLICY NO. TWC 7008942-18 | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | BERKLEY INSURANCE COMPANY | D&O 2 $5M XS $10M INSURANCE - POLICY NO. BPRO8110823 | _____ | _____ | _____ | UNDETERMINED |
| 73.9. | BERKLEY INSURANCE COMPANY | D&O 2 $5M XS $10M INSURANCE - POLICY NO. BPRO8110823 | _____ | _____ | _____ | UNDETERMINED |
| 73.10. | COALITION | CYBER 0 $5M INSURANCE - POLICY NO. C-4LXD-065474-CYBER-2024-03 | _____ | _____ | _____ | UNDETERMINED |
| 73.11. | CONTINENTAL CASUALTY | D&O 4 $5MM XS $20M INSURANCE - POLICY NO. 652537391 | _____ | _____ | _____ | UNDETERMINED |
| 73.12. | CONTINENTAL CASUALTY | D&O 4 $5MM XS $20M INSURANCE - POLICY NO. 652537391 | _____ | _____ | _____ | UNDETERMINED |
| 73.13. | ENDURANCE | D&O 1 $5M XS $5M INSURANCE - POLICY NO. DOX30001796104 | _____ | _____ | _____ | UNDETERMINED |
| 73.14. | ENDURANCE | D&O 1 $5M XS $5M INSURANCE - POLICY NO. DOX30001796104 | _____ | _____ | _____ | UNDETERMINED |

Debtor  **Marin Software Incorporated**                                    Case number *(if known)* **25-11263**

| | | | | | |
|---|---|---|---|---|---|
| 73.15. | LLOYDS OF LONDON | D&O 0 $5M INSURANCE - POLICY NO. B0509FINMW2450179 | _____ | _____ | UNDETERMINED |
| 73.16. | LLOYDS OF LONDON | D&O 0 $5M INSURANCE - POLICY NO. B0509FINMW2450179 | _____ | _____ | UNDETERMINED |
| 73.17. | MARSH USA INC. | INSURANCE - POLICY NO. | _____ | _____ | UNDETERMINED |
| 73.18. | SOMPO | EPL INSURANCE - POLICY NO. MAP30063447400 | _____ | _____ | UNDETERMINED |
| 73.19. | XL SPECIALTY | D&O 3 $5M XS $15M INSURANCE - POLICY NO. ELU198199-24 | _____ | _____ | UNDETERMINED |
| 73.20. | XL SPECIALTY | D&O 3 $5M XS $15M INSURANCE - POLICY NO. ELU198199-24 | _____ | _____ | UNDETERMINED |

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 74.1. | _____ | $_____ | $_____ |

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 75.1. | _____ | $_____ | $_____ |

**76.    Trusts, equitable or future interests in property**

| | | |
|---|---|---|
| 76.1. | _____ | $_____ |

**77.    Other property of any kind not already listed**

Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1. | _____ | $_____ |

**78.    Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

$86,676.00

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **Marin Software Incorporated**                                    Case number *(if known)* **25-11263**

| **Part 12:** | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $597,988.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $497,249.60 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,360,749.57 | |
| 83. **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | UNDETERMINED | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................. → | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.*                     + | $86,676.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $3,542,663.17 | + 91b.  $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................................    $3,542,663.17

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td><strong>Debtor name:</strong> Marin Software Incorporated</td></tr>
<tr><td><strong>United States Bankruptcy Court for the:</strong> District of Delaware</td></tr>
<tr><td><strong>Case number (if known):</strong> 25-11263</td></tr>
</table>

☐ Check if this is an
amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor    **Marin Software Incorporated**                                    Case number *(if known)* **25-11263**

|  | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1.**    **Creditor's name and address**

DELL FINANCIAL SERVICES L.L.C.
MAIL STOP-PS2DF-23
ONE DELL WAY
ROUND ROCK TX 78682

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/17/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL COMPUTER EQUIPMENT , PERIPHERALS, AND OTHER EQUIPMENT (COLLECTIVELY "EQUIPMENT") WHEREVER LOCATED , FINANCED UNDER AND DESCRIBED IN THE MASTER LEASE AGREEMENT ("MLA") BETWEEN LESSEE AND LESSOR AND ALL OF LESSEE'S RIGHTS, TITLE AND INTEREST IN AND TO USE ANY SOFTWARE AND SERVICES, ETC.      $0.00      $0.00

**Describe the lien**

UCC-1 ORIGINALLY RECORDED 12/17/2012 IN STATE OF DELAWARE AS DOCUMENT NO. 20124913259 AND AS CONTINUED 11/16/2017 BY DOCUMENT NO. 20177629407 AND 10/24/2022 BY DOCUMENT NO. 20228827529

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

Debtor    **Marin Software Incorporated**                                    Case number *(if known)* **25-11263**

**2.2.**    **Creditor's name and address**

FIRST-CITIZENS BANK & TRUST COMPANY
75 N. FAIR OAKS AVE
PASADENA CA 91103

**Creditor's email address, if known**

**Date debt was incurred:** 11/4/2008

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL GOODS , ACCOUNTS (INCLUDING HEALTH-CARE RECEIVABLES) , EQUIPMENT, INVENTORY, CONTRACT RIGHTS OR RIGHTS TO PAYMENT OF MONEY , LEASES , LICENSE AGREEMENTS, FRANCHISE AGREEMENTS, GENERAL INTANGIBLES, ETC.                    $0.00              $0.00

**Describe the lien**

UCC-1 ORIGINALLY RECORDED 11/4/2008 IN THE STATE OF DELAWARE AS DOCUMENT NO. 20083699061 AND AS CONTINUED 7/13/2013 BY DOCUMENT NO. 20132983089, TERMINATED 12/28/2016 BY DOCUMENT NO. 20168079707, CONTINUED 6/15/2018 BY DOCUMENT NO. 2014089732, AND CONTINUED 6/27/2023 BY DOCUMENT NO. 20234511365

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

Debtor    **Marin Software Incorporated**                                      Case number *(if known)* **25-11263**

| 2.3. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|------|--------------------------------|---------------------------------------------------------|---|---|

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
200 CONNELL DRIVE
BERKELEY HEIGHTS NJ 07922

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/14/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

ALL EQUIPMENT AND SOFTWARE NOW OR HEREAFTER ACQUIRED, WHICH SECURED PARTY HAS LEASED TO OR FINANCED FOR DEBTOR, INCLUDING, BUT NOT LIMITED TO, COMPUTER, PRINTING, IMAGING, COPYING, SCANNING, PROJECTION AND STORAGE EQUIPMENT, ETC.    $0.00    $0.00

**Describe the lien**

UCC-1 ORIGINALLY RECORDED 11/4/2017 IN STATE OF DELAWARE AS DOCUMENT NO. 20177546254 AND CONTINUED 9/15/2022 BY DOCUMENT NO. 20227755143

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.4. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|------|--------------------------------|---------------------------------------------------------|---|---|

YYYYY, LLC
NEERAJ GUPTA
2028 E. BEN WHITE BLVD.
STE 240-2650
AUSTIN TX 78741

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/25/2025

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

PERSONAL PROPERTY OF THE DEBTOR CONSTITUTING "IP ASSETS" UNDER, AND AS DEFINED IN, THE SECURED PROMISSORY NOTE, DATED JUNE 6, 2025.    $300,000.00    UNDETERMINED

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Marin Software Incorporated**                                              Case number *(if known)* **25-11263**

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts
from the Additional Page, if any.**                              $300,000.00

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be
listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed,
copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | COZEN O'CONNOR<br>MARK E. FELGER, ESQ.<br>1201 N. MARKET STREET<br>SUITE 1001<br>WILMINGTON DE 19801 | Line 2.4 | _____ |
| 3.2. | COZEN O'CONNOR<br>MARLA S. BENEDEK, ESQ.<br>1201 N. MARKET STREET<br>SUITE 1001<br>WILMINGTON DE 19801 | Line 2.4 | _____ |
| 3.3. | COZEN O'CONNOR<br>TREVOR R. HOFFMANN, ESQ.<br>3 WTC 175 GREENWICH STREET<br>55TH FLOOR<br>NEW YORK NY 10007 | Line 2.4 | _____ |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Marin Software Incorporated |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 25-11263 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DALLAS MTA TRANSIT TAX P.O. BOX 13528, CAPITOL STATION AUSTIN TX 78711 | ☒ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.2. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ILLINOIS DEPARTMENT OF REVENUE PO BOX 19053 SPRINGFIELD IL 62794 | ☒ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

Debtor   **Marin Software Incorporated**                                           Case number *(if known)* **25-11263**

| | |
|---|---|
| 2.3. | **Priority creditor's name and mailing address** |
| | IRVING CITY TAX |
| | P.O. BOX 13528, CAPITOL STATION |
| | AUSTIN TX 78711 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| | |
|---|---|
| 2.4. | **Priority creditor's name and mailing address** |
| | KING COUNTY TREASURY |
| | 201 S. JACKSON ST., SUITE 710 |
| | SEATTLE WA 98104 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| | |
|---|---|
| 2.5. | **Priority creditor's name and mailing address** |
| | LANCASTER CO CP |
| | PO BOX 125 |
| | COLUMBIA SC 29214 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   **Marin Software Incorporated**                                          Case number *(if known)* **25-11263**

| 2.6. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LANCASTER COUNTY TREASURERS OFFICE PO BOX 125 COLUMBIA SC 29214 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.7. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MCTMT PROCESSING CENTER PO BOX 4139 BINGHAMTON NY 13902 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.8. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | NEW YORK CITY DEPARTMENT OF FINANCE P.O. BOX 3646 NEW YORK NY 10008 | ☑ Contingent ☐ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **Marin Software Incorporated**                                           Case number *(if known)* **25-11263**

| 2.9. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | NEW YORK STATE DEPARTMENT OF REVENUE<br>PO BOX 5300<br>ALBANY NY 12205 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.10. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SEATTLE CITY FINANCE<br>P.O. BOX 94669<br>SEATTLE WA 98124 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.11. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SOUTH CAROLINA DEPARTMENT OF REVENUE<br>PO BOX 125<br>COLUMBIA SC 29214 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

Debtor   **Marin Software Incorporated**                                   Case number *(if known)* **25-11263**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.12.** | **Priority creditor's name and mailing address**<br><br>TEXAS STATE TAX<br>P.O. BOX 13528, CAPITOL STATION<br>AUSTIN TX 78711 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Total claim**: UNDETERMINED

**Priority amount**: UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**2.12.**

**Priority creditor's name and mailing address**

TEXAS STATE TAX
P.O. BOX 13528, CAPITOL STATION
AUSTIN TX 78711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.13.**

**Priority creditor's name and mailing address**

WASHINGTON DEPARTMENT OF REVENUE
2101 4TH AVE
SEATTLE WA 98121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED

**Priority amount**: UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Marin Software Incorporated**                                    Case number *(if known)* **25-11263**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

3.1. **Nonpriority creditor's name and mailing address**

ALLIANCE ADVISORS LLC
JOHN SANCHEZ
200 BROADACRES DRIVE
3RD FLOOR
BLOOMFIELD NJ 07003

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PROFESSIONAL SERVICES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$22,500.00

3.2. **Nonpriority creditor's name and mailing address**

ANDERSEN TAX HOLDING LLC
RICK LONG
PO BOX 25493
NEW YORK NY 10087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PROFESSIONAL SERVICES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$65,000.00

3.3. **Nonpriority creditor's name and mailing address**

AVALARA
512 MANGUM STREET
SUITE 100
DURHAM NC 27701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PROFESSIONAL SERVICES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,663.20

Debtor    **Marin Software Incorporated**                                          Case number *(if known)* **25-11263**

| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.4.    **Nonpriority creditor's name and mailing address**

BERTZ, BOB
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$481,666.67

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

SEVERANCE AGREEMENT

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.5.    **Nonpriority creditor's name and mailing address**

BOIVENT, MARIE
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

SEVERANCE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.6.    **Nonpriority creditor's name and mailing address**

BROADRIDGE INC.
STEVIE MARCUS
P.O. BOX 416423
BOSTON MA 02241

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Amount of claim**

$21,970.14

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PROFESSIONAL SERVICES

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **Marin Software Incorporated**                                                                  Case number *(if known)* **25-11263**

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | COLEMAN, MIKE<br>Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>SEVERANCE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.8. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CROVITZ, GORDON<br>Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30,000.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>QUARTERLY DIRECTOR FEES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.9. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | DNSFILTER<br>PO BOX 96503<br>PMB 35914<br>WASHINGTON DC 20090-6503 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $1,560.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **Marin Software Incorporated**                                   Case number *(if known)* **25-11263**

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | EVERCORE LP<br>EVERCORE GROUP LLC<br>55 E 52ND STREET<br>NEW YORK NY 10055 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000,000.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>ENGAGEMENT AGREEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | HUTCHISON, DONALD<br>Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,000.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>QUARTERLY DIRECTOR FEES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | KINION, BRIAN<br>Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,500.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>QUARTERLY DIRECTOR FEES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **Marin Software Incorporated**                                                      Case number *(if known)* **25-11263**

| | | |
|---|---|---|
| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.13.**

**Nonpriority creditor's name and mailing address**

LIEN, CHRISTOPER
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

SEVERANCE AGREEMENT

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$1,242,222.22

---

**3.14.**

**Nonpriority creditor's name and mailing address**

MACLAGGAN, WES
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

SEVERANCE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.15.**

**Nonpriority creditor's name and mailing address**

MADDEN, MEG
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

SEVERANCE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **Marin Software Incorporated**                                    Case number *(if known)* **25-11263**

| 3.16. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MANN, DIENA LEE<br>Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,250.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>QUARTERLY DIRECTOR FEES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.17. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MIDDLETON, DAINA<br>Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,625.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>QUARTERLY DIRECTOR FEES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.18. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MORGAN LEWIS & BOCKIUS LLP<br>LORRAINE MARY VALENTINE<br>2222 MARKET STREET<br>PHILADELPHIA PA 19103-2921 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,465.50 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PROFESSIONAL SERVICES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    **Marin Software Incorporated**                                    Case number *(if known)* **25-11263**

| 3.19. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.19.    **Nonpriority creditor's name and mailing address**

NAVEX GLOBAL, INC.
PO BOX 60941
CHARLOTTE NC 28260-0941

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$4,825.07

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.20.    **Nonpriority creditor's name and mailing address**

PAN, DOUG
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SEVERANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.21.    **Nonpriority creditor's name and mailing address**

PENNSYLVANIA DEPARTMENT OF REVENUE
448 W. 11TH STREET
ERIE PA 16501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

SALES AND USE TAX COMPLIANCE AUDIT
- L0025042457

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Marin Software Incorporated**                                        Case number *(if known)* **25-11263**

| | |
|---|---|
| 3.22. | **Nonpriority creditor's name and mailing address** |

Q4 INC.
JUSTIN TULLOCH
99 SPADINA AVENUE
SUITE 500
TORONTO ON M5V3P8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$24,664.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | |
|---|---|
| 3.23. | **Nonpriority creditor's name and mailing address** |

RICHARDS, LAYTON & FINGER, P.A.
JOHN MARK ZEBERKIEWIXZ
920 NORTH KING STREET
WILMINGTON DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,122.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PROFESSIONAL SERVICES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | |
|---|---|
| 3.24. | **Nonpriority creditor's name and mailing address** |

SWITCH
HEATH ROSE
7135 S DECATUR BLVD.
LAS VEGAS NV 89118

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Amount of claim**

$68,990.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Marin Software Incorporated**                                    Case number *(if known)* **25-11263**

| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOWNSEND, TOM
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$241,462.50

**Date or dates debt was incurred**
_____

**Basis for the claim:**
SEVERANCE AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.26. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WALCOTT, WISTER
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$481,666.67

**Date or dates debt was incurred**
_____

**Basis for the claim:**
SEVERANCE AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.27. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZAYO GROUP, LLC
ANDREW CORTRITE
8 FINANCE STREET
UNIT 5805/F TWO
CENTRAL HONG KONG
CHINA

☐ Contingent
☐ Unliquidated
☒ Disputed

$26,117.26

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    **Marin Software Incorporated**                                    Case number *(if known)* **25-11263**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | UNDETERMINED |
| **5b.** | **Total claims from Part 2** | 5b.  **+** | $3,804,271.88 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $3,804,271.88 |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Marin Software Incorporated |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 25-11263 |

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |

| 2.1. | **Title of contract** | ADP PAYROLL | ADP<br>1 ADP BLVD<br>ROSELAND NJ 07068 |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | PAYROLL PROCESSING AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | 9/30/2025 | |
| | **List the contract number of any government contract** | _____ | |

| 2.2. | **Title of contract** | INSURANCE - EMPLOYEE BENEFITS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | BENEFIT - MEDICAL INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AETNA<br>151 FARMINGTON AVENUE<br>HARTFORD CT 06156 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.3. | **Title of contract** | INSURANCE - EMPLOYEE BENEFITS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | BENEFIT - DENTAL INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AETNA<br>151 FARMINGTON AVENUE<br>HARTFORD CT 06156 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Marin Software Incorporated**                                                                 Case number *(if known)* **25-11263**

| 2.4. | Title of contract | INSURANCE - BUSINESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CRIME INSURANCE - POLICY NO. 01-307-65-43 | |
| | Nature of debtor's interest | INSURED | AIG |
| | State the term remaining | 8/30/2025 | P.O. BOX 25977 SHAWNEE MISSION KS 66225 |
| | List the contract number of any government contract | _____ | |

| 2.5. | Title of contract | INSURANCE - BUSINESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FIDUCIARY INSURANCE - POLICY NO. 01-307-33-11 | |
| | Nature of debtor's interest | INSURED | AIG |
| | State the term remaining | 8/30/2025 | P.O. BOX 25978 SHAWNEE MISSION KS 66226 |
| | List the contract number of any government contract | _____ | |

| 2.6. | Title of contract | INSURANCE - BUSINESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FIDUCIARY INSURANCE - POLICY NO. 01-307-33-11 | |
| | Nature of debtor's interest | INSURED | AIG |
| | State the term remaining | 8/30/2031 | P.O. BOX 25979 SHAWNEE MISSION KS 66227 |
| | List the contract number of any government contract | _____ | |

| 2.7. | Title of contract | AMAZON CUSTOMER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CUSTOMER AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | AMAZON |
| | State the term remaining | 10/31/2025 | 440 TERRY AVE N SEATTLE WA 98109 |
| | List the contract number of any government contract | _____ | |

| 2.8. | Title of contract | ANDERSEN TAX LLC PROFESSIONAL SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ANDERSEN TAX LLC |
| | State the term remaining | UNTIL TERMINATED ON WRITTEN NOTICE | 100 FIRST STREET SUITE 1600 SAN FRANCISCO CA 94104 |
| | List the contract number of any government contract | _____ | |

Debtor    **Marin Software Incorporated**

Case number *(if known)* **25-11263**

| | | | |
|---|---|---|---|
| 2.9. | **Title of contract** | CONSULTING SERVICES PROFESSIONAL SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ARMANINO CONSULTING SERVICES |
| | **State the term remaining** | 12/31/2025 | 2700 CAMINO RAMON SUITE 350 |
| | **List the contract number of any government contract** | | SAN RAMON CA 94583 |

| | | | |
|---|---|---|---|
| 2.10. | **Title of contract** | AVALARA SALES ORDER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | VENDOR/SUPPLIER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AVALARA |
| | **State the term remaining** | UNKNOWN | 512 MANGUM STREET SUITE 100 |
| | **List the contract number of any government contract** | | DURHAM NC 27701 |

| | | | |
|---|---|---|---|
| 2.11. | **Title of contract** | EMPLOYMENT CONTRACT LUIS BENCOMO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EMPLOYMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BENCOMO, LUIS |
| | **State the term remaining** | UNTIL TERMINATED ON WRITTEN NOTICE | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.12. | **Title of contract** | INSURANCE - BUSINESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | GENERAL LIABILITY INSURANCE - POLICY NO. TCP 7008941-18 | |
| | **Nature of debtor's interest** | INSURED | BERKLEY |
| | **State the term remaining** | 9/30/2025 | PO BOX 1594 DES MOINES IA 50306-1594 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.13. | **Title of contract** | INSURANCE - BUSINESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PROPERTY INSURANCE - POLICY NO. TCP 7008941-18 | |
| | **Nature of debtor's interest** | INSURED | BERKLEY |
| | **State the term remaining** | 9/30/2025 | PO BOX 1594 DES MOINES IA 50306-1594 |
| | **List the contract number of any government contract** | | |

Debtor    **Marin Software Incorporated**                                            Case number *(if known)* **25-11263**

| 2.14. | **Title of contract** | INSURANCE - BUSINESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UMBRELLA INSURANCE - POLICY NO. TCP 7008941-18 | |
| | **Nature of debtor's interest** | INSURED | BERKLEY |
| | **State the term remaining** | 9/30/2025 | PO BOX 1594 DES MOINES IA 50306-1594 |
| | **List the contract number of any government contract** | | |

| 2.15. | **Title of contract** | INSURANCE - BUSINESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WORKERS COMPENSATION INSURANCE - POLICY NO. TWC 7008942-18 | |
| | **Nature of debtor's interest** | INSURED | BERKLEY |
| | **State the term remaining** | 9/30/2025 | PO BOX 1594 DES MOINES IA 50306-1594 |
| | **List the contract number of any government contract** | | |

| 2.16. | **Title of contract** | INSURANCE - BUSINESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | D&O 2 $5M XS $10M INSURANCE - POLICY NO. BPRO8110823 | |
| | **Nature of debtor's interest** | INSURED | BERKLEY |
| | **State the term remaining** | 12/30/2025 | PO BOX 1594 DES MOINES IA 50306-1594 |
| | **List the contract number of any government contract** | | |

| 2.17. | **Title of contract** | INSURANCE - BUSINESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | D&O 2 $5M XS $10M INSURANCE - POLICY NO. BPRO8110823 | |
| | **Nature of debtor's interest** | INSURED | BERKLEY |
| | **State the term remaining** | 12/30/2031 | PO BOX 1594 DES MOINES IA 50306-1594 |
| | **List the contract number of any government contract** | | |

| 2.18. | **Title of contract** | AMENDED AND RESTATED CHANGE IN CONTROL AND SEVERANCE AGREEMENT WITH BOB BERTZ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXECUTIVE CHANGE IN CONTROL AND SEVERANCE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BERTZ, ROBERT Address Intentionally Omitted |
| | **State the term remaining** | UNTIL TERMINATED ON WRITTEN NOTICE | |
| | **List the contract number of any government contract** | | |

Debtor   **Marin Software Incorporated**                                      Case number *(if known)* **25-11263**

| 2.19. | Title of contract | INDEMNITY AGREEMENT WITH BOB BERTZ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | OFFICER INDEMNIFICATION AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BERTZ, ROBERT |
| | State the term remaining | UNTIL TERMINATED ON WRITTEN NOTICE | Address Intentionally Omitted |
| | List the contract number of any government contract | _____ | |

| 2.20. | Title of contract | OFFER OF EMPLOYMENT BOB BERTZ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | _____ | |
| | Nature of debtor's interest | EMPLOYMENT | BERTZ, ROBERT |
| | State the term remaining | _____ | Address Intentionally Omitted |
| | List the contract number of any government contract | _____ | |

| 2.21. | Title of contract | OFFER OF EMPLOYMENT RENEE BLUM | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EMPLOYMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BLUM, RENEE |
| | State the term remaining | UNTIL TERMINATED ON WRITTEN NOTICE | Address Intentionally Omitted |
| | List the contract number of any government contract | _____ | |

| 2.22. | Title of contract | BROADRIDGE CORPORATE ISSUER SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | VENDOR/SUPPLIER AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | BROADRIDGE |
| | State the term remaining | UNTIL TERMINATED ON WRITTEN NOTICE | 605 3RD AVE 41ST FLOOR NEW YORK NY 10158 |
| | List the contract number of any government contract | _____ | |

| 2.23. | Title of contract | OFFER OF EMPLOYMENT TIANXING CHEN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EMPLOYMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | CHEN, TIANXING |
| | State the term remaining | UNTIL TERMINATED ON WRITTEN NOTICE | Address Intentionally Omitted |
| | List the contract number of any government contract | _____ | |

Debtor    **Marin Software Incorporated**                                    Case number *(if known)* **25-11263**

| | | |
|---|---|---|
| 2.24. | **Title of contract** | REDUCED HOURS TIANXING CHEN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EMPLOYMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CHEN, TIANXING |
| | **State the term remaining** | | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.25. | **Title of contract** | INSURANCE - BUSINESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CYBER 0 $5M INSURANCE - POLICY NO. C-4LXD-065474-CYBER-2024-03 | |
| | **Nature of debtor's interest** | INSURED | COALITION |
| | **State the term remaining** | 9/28/2025 | 548 MARKET ST |
| | **List the contract number of any government contract** | | SAN FRANCISCO CA 94105 |

| | | |
|---|---|---|
| 2.26. | **Title of contract** | COLEMAN SEPARATION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXECUTIVE SEPARATION AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COLEMAN, MIKE |
| | **State the term remaining** | UNTIL TERMINATED ON WRITTEN NOTICE | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.27. | **Title of contract** | INDEMNITY AGREEMENT WITH MIKE COLEMAN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | OFFICER INDEMNIFICATION AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COLEMAN, MIKE |
| | **State the term remaining** | UNTIL TERMINATED ON WRITTEN NOTICE | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.28. | **Title of contract** | SEVERANCE AGREEMENT - MIKE COLEMAN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SEVERANCE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COLEMAN, MIKE |
| | **State the term remaining** | UNTIL TERMINATED ON 90 DAYS NOTICE OF RENEWAL PERIOD WHICH OCCURS EVERY THREE YEARS | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor    **Marin Software Incorporated**                                  Case number *(if known)* **25-11263**

| 2.29. | **Title of contract** | INSURANCE - BUSINESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | D&O 4 $5MM XS $20M INSURANCE - POLICY NO. 652537391 | |
| | **Nature of debtor's interest** | INSURED | CONTINENTAL CASUALTY |
| | **State the term remaining** | 12/30/2025 | 151 N FRANKLIN ST<br>9TH FLOOR<br>CHICAGO IL 60606 |
| | **List the contract number of any government contract** | | |

| 2.30. | **Title of contract** | INSURANCE - BUSINESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | D&O 4 $5MM XS $20M INSURANCE - POLICY NO. 652537391 | |
| | **Nature of debtor's interest** | INSURED | CONTINENTAL CASUALTY |
| | **State the term remaining** | 12/30/2031 | 152 N FRANKLIN ST<br>10TH FLOOR<br>CHICAGO IL 60607 |
| | **List the contract number of any government contract** | | |

| 2.31. | **Title of contract** | INDEMNITY AGREEMENT WITH GORDON CROVITZ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | OFFICER INDEMNIFICATION AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CROVITZ, GORDON |
| | **State the term remaining** | UNTIL TERMINATED ON WRITTEN NOTICE | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.32. | **Title of contract** | DENTAL NETWORK CUSTOMER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CUSTOMER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DENTAL NETWORK |
| | **State the term remaining** | 6/30/2024 | PUEBLA 237 ROMA NTE.,<br>CUAUHTÉMOC<br>CIUDAD DE MÉXICO<br>CDMX 06700<br>MEXICO |
| | **List the contract number of any government contract** | | |

| 2.33. | **Title of contract** | STANDARD CLAIMS ADMINISTRATION & NOTICING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | DONLIN, RECANO & COMPANY, LLC |
| | **State the term remaining** | UNKNOWN | 200 VESEY STREET<br>24TH FLOOR<br>NEW YORK NY 10281 |
| | **List the contract number of any government contract** | | |

Debtor    **Marin Software Incorporated**

Case number *(if known)* **25-11263**

| 2.34. | **Title of contract** | DONNELLEY FINANCIAL LLC SUBSCRIPTION | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUBSCRIPTION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DONNELLEY FINANCIAL LLC |
| | **State the term remaining** | 9/6/2025 | 35 W WACKER DRIVE |
| | **List the contract number of any government contract** | | CHICAGO IL 60601 |

| 2.35. | **Title of contract** | EASYGO INC CUSTOMER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EASYGO INC |
| | **State the term remaining** | 8/1/2024 | 301 E FOOTHILL BLVD STE 100 |
| | **List the contract number of any government contract** | | ARCADIA CA 91006 |

| 2.36. | **Title of contract** | EFFECTUS GROUP ACCOUNTING PROFESSIONAL SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EFFECTUS GROUP ACCOUNTING |
| | **State the term remaining** | UNTIL TERMINATED ON 30 DAYS NOTICE | 1735 TECHNOLOGY DR STE 780 |
| | **List the contract number of any government contract** | | SAN JOSE CA 95110 |

| 2.37. | **Title of contract** | INSURANCE - BUSINESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | D&O 1 $5M XS $5M INSURANCE - POLICY NO. DOX30001796104 | |
| | **Nature of debtor's interest** | INSURED | ENDURANCE |
| | **State the term remaining** | 12/30/2025 | 400 SKOKIE BLVD STE 105 NORTHBROOK IL 60062 |
| | **List the contract number of any government contract** | | |

| 2.38. | **Title of contract** | INSURANCE - BUSINESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | D&O 1 $5M XS $5M INSURANCE - POLICY NO. DOX30001796104 | |
| | **Nature of debtor's interest** | INSURED | ENDURANCE |
| | **State the term remaining** | 12/30/2031 | 401 SKOKIE BLVD STE 105 NORTHBROOK IL 60063 |
| | **List the contract number of any government contract** | | |

Debtor   **Marin Software Incorporated**                                          Case number *(if known)* **25-11263**

| 2.39. | Title of contract | ENGAGEMENT LETTER WITH EVERCORE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FINANCIAL ADVISOR AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | EVERCORE |
| | State the term remaining | UNKNOWN | 55 EAST 52ND STREET |
| | List the contract number of any government contract | _____ | NEW YORK NY 10055 |

| 2.40. | Title of contract | INSURANCE - EMPLOYEE BENEFITS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FIDELITY INVESTMENTS 401K PROFESSIONAL SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | FIDELITY INVESTMENTS 401K |
| | State the term remaining | _____ | P.O. BOX 770001 |
| | List the contract number of any government contract | _____ | CINCINNATI OH 45277-0001 |

| 2.41. | Title of contract | FLOQAST INC SUBSCRIPTION | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUBSCRIPTION | |
| | Nature of debtor's interest | CONTRACT PARTY | FLOQAST |
| | State the term remaining | 9/27/2024 | 14721 CALIFA STREET |
| | List the contract number of any government contract | _____ | SHERMAN OAKS CA 91411 |

| 2.42. | Title of contract | SEARCH ADS INNOVATION AGREEMENT WITH GOOGLE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STRATEGIC PARTNER AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GOOGLE |
| | State the term remaining | 9/30/2027 | 1600 AMPITHEATRE PARKWAY |
| | List the contract number of any government contract | _____ | MOUNTAIN VIEW CA 94043 |

| 2.43. | Title of contract | GRANT THORNTON PROFESSIONAL SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | GRANT THORNTON LLP |
| | State the term remaining | UNTIL TERMINATED ON WRITTEN | 1901 SOUTH MEYERS ROAD SUITE 455 |
| | List the contract number of any government contract | _____ | OAKBROOK TERRACE IL 60181 |

Debtor  **Marin Software Incorporated**                                    Case number *(if known)* **25-11263**

| | | |
|---|---|---|
| 2.44. | **Title of contract** | HEARTLAND DENTAL CUSTOMER AGREEMENT |
| | **State what the contract or lease is for** | CUSTOMER AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 10/14/2019 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HEARTLAND DENTAL
1200 NETWORK CENTRE DR.
EFFINGHAM IL 62401

| | | |
|---|---|---|
| 2.45. | **Title of contract** | INSURANCE - EMPLOYEE BENEFITS |
| | **State what the contract or lease is for** | BENEFIT - HSA |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HSA BANK
605 N 8TH ST
SUITE 320
SHEBOYGAN WI 53081

| | | |
|---|---|---|
| 2.46. | **Title of contract** | INDEMNITY AGREEMENT WITH DON HUTCHISON |
| | **State what the contract or lease is for** | OFFICER INDEMNIFICATION AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | UNTIL TERMINATED ON WRITTEN NOTICE |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HUTCHISON, DON
Address Intentionally Omitted

| | | |
|---|---|---|
| 2.47. | **Title of contract** | IBG MEDIA CUSTOMER AGREEMENT |
| | **State what the contract or lease is for** | CUSTOMER AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | UNTIL TERMINATED ON 30 DAYS NOTICE |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

IBG MEDIA
6-5, FUNAMACHI
YOTSUYASANCHOME BLDG. 5F
SHINJUKU-KU
TOKYO 160-0006
JAPAN

| | | |
|---|---|---|
| 2.48. | **Title of contract** | INFINITE DIGITAL CUSTOMER AGREEMENT |
| | **State what the contract or lease is for** | CUSTOMER AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 11/2/2025 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

INFINITE DIGITAL
220 LAS COLINAS BLVD E
STE C210
IRVING TX 75039

Debtor   **Marin Software Incorporated**                                Case number *(if known)* **25-11263**

| 2.49. | **Title of contract** | STORAGE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DOCUMENT STORAGE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | IRON MOUNTAIN |
| | **State the term remaining** | UNKNOWN | 1 FEDERAL STREET BOSTON MA 02110 |
| | **List the contract number of any government contract** | _____ | |

| 2.50. | **Title of contract** | INSURANCE - EMPLOYEE BENEFITS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | BENEFIT - MEDICAL INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KAISER PERMANENTE |
| | **State the term remaining** | _____ | 1 KAISER PLAZA 12TH FLOOR SUITE 1223 |
| | **List the contract number of any government contract** | _____ | OAKLAND CA 94612 |

| 2.51. | **Title of contract** | KANSAS STATE UNIVERSITY CUSTOMER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KANSAS STATE UNIVERSITY |
| | **State the term remaining** | 7/15/2021 | 919 MID CAMPUS DR N MANHATTAN KS 66506 |
| | **List the contract number of any government contract** | _____ | |

| 2.52. | **Title of contract** | INDEMNITY AGREEMENT WITH BRIAN KINION | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OFFICER INDEMNIFICATION AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KINION, BRIAN |
| | **State the term remaining** | UNTIL TERMINATED ON WRITTEN NOTICE | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.53. | **Title of contract** | OFFER OF EMPLOYMENT SEAN LABRANCHE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LABRANCHE, SEAN |
| | **State the term remaining** | UNTIL TERMINATED ON WRITTEN NOTICE | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Marin Software Incorporated**                                    Case number *(if known)* **25-11263**

| 2.54. | **Title of contract** | AMENDED AND RESTATED CHANGE IN CONTROL AND SEVERANCE AGREEMENT WITH CHRIS LIEN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXECUTIVE CHANGE IN CONTROL AND SEVERANCE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LIEN, CHRISTOPHER |
| | **State the term remaining** | UNTIL TERMINATED ON WRITTEN NOTICE | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.55. | **Title of contract** | INDEMNITY AGREEMENT WITH CHRIS LIEN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OFFICER INDEMNIFICATION AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LIEN, CHRISTOPHER |
| | **State the term remaining** | UNTIL TERMINATED ON WRITTEN NOTICE | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.56. | **Title of contract** | OFFER OF EMPLOYMENT CHRISTOPHER LIEN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | EMPLOYMENT | LIEN, CHRISTOPHER |
| | **State the term remaining** | UNTIL TERMINATED ON WRITTEN NOTICE | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.57. | **Title of contract** | INSURANCE - EMPLOYEE BENEFITS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | BENEFIT - LIFE INSURANCE / AD&D | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LINCOLN FINANCIAL GROUP |
| | **State the term remaining** | _____ | 150 NORTH RADNOR CHESTER ROAD |
| | **List the contract number of any government contract** | _____ | RADNOR PA 19087 |

| 2.58. | **Title of contract** | INSURANCE - EMPLOYEE BENEFITS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | BENEFIT - SHORT + LONG TERM DISABILITY INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LINCOLN FINANCIAL GROUP |
| | **State the term remaining** | _____ | 150 NORTH RADNOR CHESTER ROAD |
| | **List the contract number of any government contract** | _____ | RADNOR PA 19087 |

Debtor    **Marin Software Incorporated**                                    Case number *(if known)* **25-11263**

| 2.59. | **Title of contract** | INSURANCE - BUSINESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | D&O 0 $5M INSURANCE - POLICY NO. B0509FINMW2450179 | |
| | **Nature of debtor's interest** | INSURED | LLOYDS OF LONDON |
| | **State the term remaining** | 12/30/2025 | 1 LIME STREET LONDON EC3M 7HA UNITED KINGDOM |
| | **List the contract number of any government contract** | _____ | |

| 2.60. | **Title of contract** | INSURANCE - BUSINESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | D&O 0 $5M INSURANCE - POLICY NO. B0509FINMW2450179 | |
| | **Nature of debtor's interest** | INSURED | LLOYDS OF LONDON |
| | **State the term remaining** | 12/30/2031 | 2 LIME STREET LONDON EC3M 7HA UNITED KINGDOM |
| | **List the contract number of any government contract** | _____ | |

| 2.61. | **Title of contract** | INDEMNITY AGREEMENT WITH DIENA LEE MANN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OFFICER INDEMNIFICATION AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MANN, DIENA LEE |
| | **State the term remaining** | UNTIL TERMINATED ON WRITTEN NOTICE | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.62. | **Title of contract** | SHARED SERVICES AGREEMENT - CHINA | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SHARED SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MARIN SOFTWARE (SHANGHAI) CO., LTD. |
| | **State the term remaining** | UNTIL TERMINATED ON 30 DAYS NOTICE | 149 NEW MONTGOMERY STREET 4TH FLOOR |
| | **List the contract number of any government contract** | _____ | SAN FRANCISCO CA 94105 |

| 2.63. | **Title of contract** | SHARED SERVICES AGREEMENT - GERMANY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SHARED SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MARIN SOFTWARE GMBH |
| | **State the term remaining** | UNTIL TERMINATED ON 30 DAYS NOTICE | 149 NEW MONTGOMERY STREET 4TH FLOOR |
| | **List the contract number of any government contract** | _____ | SAN FRANCISCO CA 94105 |

Debtor    **Marin Software Incorporated**                                                    Case number *(if known)* **25-11263**

| 2.64. | **Title of contract** | SHARED SERVICES AGREEMENT - JAPAN | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SHARED SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MARIN SOFTWARE K.K. |
| | **State the term remaining** | UNTIL TERMINATED ON 30 DAYS NOTICE | 149 NEW MONTGOMERY STREET 4TH FLOOR |
| | **List the contract number of any government contract** | _____ | SAN FRANCISCO CA 94105 |

| 2.65. | **Title of contract** | SHARED SERVICES AGREEMENT - IRELAND | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SHARED SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MARIN SOFTWARE LIMITED (IRELAND) |
| | **State the term remaining** | UNTIL TERMINATED ON 30 DAYS NOTICE | 149 NEW MONTGOMERY STREET 4TH FLOOR |
| | **List the contract number of any government contract** | _____ | SAN FRANCISCO CA 94105 |

| 2.66. | **Title of contract** | SHARED SERVICES AGREEMENT - UK | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SHARED SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MARIN SOFTWARE LIMITED (UK) |
| | **State the term remaining** | UNTIL TERMINATED ON 30 DAYS NOTICE | 149 NEW MONTGOMERY STREET 4TH FLOOR |
| | **List the contract number of any government contract** | _____ | SAN FRANCISCO CA 94105 |

| 2.67. | **Title of contract** | SHARED SERVICES AGREEMENT - SINGAPORE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SHARED SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MARIN SOFTWARE PTE. LTD. |
| | **State the term remaining** | UNTIL TERMINATED ON 30 DAYS NOTICE | 149 NEW MONTGOMERY STREET 4TH FLOOR |
| | **List the contract number of any government contract** | _____ | SAN FRANCISCO CA 94105 |

| 2.68. | **Title of contract** | SHARED SERVICES AGREEMENT - AUSTRALIA | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SHARED SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MARIN SOFTWARE PTY LTD. |
| | **State the term remaining** | UNTIL TERMINATED ON 30 DAYS NOTICE | 149 NEW MONTGOMERY STREET 4TH FLOOR |
| | **List the contract number of any government contract** | _____ | SAN FRANCISCO CA 94105 |

Debtor   **Marin Software Incorporated**                              Case number *(if known)* **25-11263**

**2.69.** | **Title of contract** | SHARED SERVICES AGREEMENT - FRANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---

2.69.
**Title of contract** — SHARED SERVICES AGREEMENT - FRANCE

**State what the contract or lease is for** — SHARED SERVICES AGREEMENT

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — UNTIL TERMINATED ON 30 DAYS NOTICE

**List the contract number of any government contract** —

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MARIN SOFTWARE SARL
149 NEW MONTGOMERY STREET
4TH FLOOR
SAN FRANCISCO CA 94105

---

2.70.
**Title of contract** — INSURANCE - EMPLOYEE BENEFITS

**State what the contract or lease is for** — BENEFIT - LEGAL SUPPORT

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** —

**List the contract number of any government contract** —

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

METLIFE
200 PARK AVE.
NEW YORK NY 10166

---

2.71.
**Title of contract** — INDEMNITY AGREEMENT WITH DAINA MIDDLETON

**State what the contract or lease is for** — OFFICER INDEMNIFICATION AGREEMENT

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — UNTIL TERMINATED ON WRITTEN NOTICE

**List the contract number of any government contract** —

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MIDDLETON, DAINA
Address Intentionally Omitted

---

2.72.
**Title of contract** — SERVICE AGREEMENT 401K AUDIT MILLER KAPLAN

**State what the contract or lease is for** — SERVICE AGREEMENT

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — 12/31/2024

**List the contract number of any government contract** —

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MILLER KAPLAN
3900 W. ALAMEDA AVENUE
SUITE 2400
BURBANK CA 91505

---

2.73.
**Title of contract** — NETSUITE BASIC AND SERVICE

**State what the contract or lease is for** — SUBSCRIPTION

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — 06/30/2025

**List the contract number of any government contract** —

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NETSUITE
2300 ORACLE WAY
AUSTIN TX 78741

Debtor   **Marin Software Incorporated**                                                Case number *(if known)* **25-11263**

| 2.74. | **Title of contract** | SUBSCRIPTION SERVICES ORDER FORM PLATINUM GROUP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PLATINUM GROUP 2 VILLAGE PARK RD. CEDAR GROVE NJ 07009 |
| | **State the term remaining** | 3/1/2022 | |
| | **List the contract number of any government contract** | | |

| 2.75. | **Title of contract** | SERVICE AGREEMENT RADIUS GGE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RADIUS GGE 222 SEVERN AVE ANNAPOLIS MD 21403 |
| | **State the term remaining** | 10/2019 | |
| | **List the contract number of any government contract** | | |

| 2.76. | **Title of contract** | ENGAGEMENT AGREEMENT BILLING CONSULTING SERVICES RIVERON | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RIVERON CONSULTING LLC 2515 MCKINNEY AVE 16TH FLOOR DALLAS TX 75201 |
| | **State the term remaining** | 11/07/2025 | |
| | **List the contract number of any government contract** | | |

| 2.77. | **Title of contract** | RVO HEALTH CUSTOMER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RVO HEALTH 4200 DAHLBERG DR STE 300 GOLDEN VALLEY MN 55416 |
| | **State the term remaining** | 11/1/2025 | |
| | **List the contract number of any government contract** | | |

| 2.78. | **Title of contract** | INSURANCE - BUSINESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EPL INSURANCE - POLICY NO. MAP30063447400 | |
| | **Nature of debtor's interest** | INSURED | SOMPO 777 3RD AVE # 28B NEW YORK NY 10017 |
| | **State the term remaining** | 8/30/2025 | |
| | **List the contract number of any government contract** | | |

Debtor   **Marin Software Incorporated**                                                                     Case number *(if known)* **25-11263**

| 2.79. | **Title of contract** | CO-LOCATION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | NEVADA - SWITCH DATA CENTER - 7135 S DECATUR BOULEVARD, LAS VEGAS, NV 89118. | |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | UNTIL TERMINATED ON WRITTEN NOTICE | SWITCH<br>PO BOX 673590<br>DALLAS TX 75267-3590 |
| | **List the contract number of any government contract** | _____ | |

| 2.80. | **Title of contract** | SUBSCRIPTION SERVICES ORDER FORM TOTO-LOTTO | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | 7/1/2021 | TOTO-LOTTO<br>AM TÜV 2 4<br>HANNOVER 30519<br>GERMANY |
| | **List the contract number of any government contract** | _____ | |

| 2.81. | **Title of contract** | CHANGE IN CONTROL AND SEVERANCE AGREEMENT WITH TOM TOWNSEND | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXECUTIVE CHANGE IN CONTROL AND SEVERANCE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TOWNSEND, TOM<br>Address Intentionally Omitted |
| | **State the term remaining** | UNTIL TERMINATED ON WRITTEN NOTICE | |
| | **List the contract number of any government contract** | _____ | |

| 2.82. | **Title of contract** | SEVERANCE AGREEMENT - TOM TOWNSEND | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SEVERANCE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TOWNSEND, TOM<br>Address Intentionally Omitted |
| | **State the term remaining** | UNTIL TERMINATED ON 90 DAYS NOTICE OF RENEWAL PERIOD WHICH OCCURS EVERY THREE YEARS | |
| | **List the contract number of any government contract** | _____ | |

| 2.83. | **Title of contract** | AGREEMENT WITH TRILOGY RE EXPENSE REIMBURSEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TRILOGY<br>401 CONGRESS AVE<br>AUSTIN TX 78701 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Marin Software Incorporated**                                                      Case number *(if known)* **25-11263**

| 2.84. | **Title of contract** | INSURANCE - EMPLOYEE BENEFITS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | BENEFIT - EXECUTIVE LONG TERM DISABILITY INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UMUM |
| | **State the term remaining** | | 1 FOUNTAIN SQUARE CHATTANOOGA TN 37402 |
| | **List the contract number of any government contract** | | |

| 2.85. | **Title of contract** | INSURANCE - EMPLOYEE BENEFITS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | BENEFIT - VISION INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | VSP |
| | **State the term remaining** | | 3333 QUALITY DRIVE RANCHO CORDOVA CA 95670 |
| | **List the contract number of any government contract** | | |

| 2.86. | **Title of contract** | INSURANCE - EMPLOYEE BENEFITS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | BENEFIT - FSA | |
| | **Nature of debtor's interest** | CONTRACT PARTY | WAGEWORKS |
| | **State the term remaining** | | 121 WEST SCENIC POINT DRIVE DRAPER UT 84020 |
| | **List the contract number of any government contract** | | |

| 2.87. | **Title of contract** | AMENDED AND RESTATED CHANGE IN CONTROL AND SEVERANCE AGREEMENT WITH WISTER WALCOTT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXECUTIVE CHANGE IN CONTROL AND SEVERANCE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | WALCOTT, WISTER |
| | **State the term remaining** | UNTIL TERMINATED ON WRITTEN NOTICE | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.88. | **Title of contract** | OFFER OF EMPLOYMENT WISTER WALCOTT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | WALCOTT, WISTER |
| | **State the term remaining** | UNTIL TERMINATED ON WRITTEN NOTICE | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor   **Marin Software Incorporated**                     Case number *(if known)* **25-11263**

| 2.89. | Title of contract | CO-WORKING SPACE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | 149 NEW MONTGOMERY, FOURTH FL, SAN FRANCISCO, CA 94105 | |
| | Nature of debtor's interest | CONTRACT PARTY | WERQWISE |
| | State the term remaining | MONTH TO MONTH | 149 NEW MONTGOMERY ST FLOOR 4 |
| | List the contract number of any government contract | _____ | SAN FRANCISCO CA 94105 |

| 2.90. | Title of contract | CONTRACT OF EMPLOYMENT ROBERT WICKERT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EMPLOYMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | WICKERT, ROBERT |
| | State the term remaining | UNTIL TERMINATED ON WRITTEN NOTICE | Address Intentionally Omitted |
| | List the contract number of any government contract | _____ | |

| 2.91. | Title of contract | WORKFORCENOW SUBSCRIPTION | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUBSCRIPTION | |
| | Nature of debtor's interest | CONTRACT PARTY | WORKFORCENOW |
| | State the term remaining | 12/22/2013 | 1 ADP BLVD |
| | List the contract number of any government contract | _____ | ROSELAND NJ 07068 |

| 2.92. | Title of contract | INSURANCE - BUSINESS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | D&O 3 $5M XS $15M INSURANCE - POLICY NO. ELU198199-24 | |
| | Nature of debtor's interest | INSURED | XL SPECIALTY |
| | State the term remaining | 12/30/25 | 70 SEAVIEW AVE |
| | List the contract number of any government contract | _____ | STAMFORD CT 06902 |

| 2.93. | Title of contract | INSURANCE - BUSINESS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | D&O 3 $5M XS $15M INSURANCE - POLICY NO. ELU198199-24 | |
| | Nature of debtor's interest | INSURED | XL SPECIALTY |
| | State the term remaining | 6/30/24 | 71 SEAVIEW AVE |
| | List the contract number of any government contract | _____ | STAMFORD CT 06903 |

**Fill in this information to identify the case:**

**Debtor name:** Marin Software Incorporated

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 25-11263

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1. _____ | _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Marin Software Incorporated |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 25-11263 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   7/15/2025
                       MM/DD/YYYY

✗   */s/ Robert Bertz* _____
     Signature of individual signing on behalf of debtor

     Robert Bertz
     Printed name

     Chief Financial Officer
     Position or relationship to debtor