## <u>EXHIBIT B</u>

### List of Directors and Officers

1.    The proposed sole director of the Reorganized Debtor is:

    a.    Andrew S. Price

2.    The proposed officers of the Reorganized Debtor are:

    a.    Andrew S. Price – President and Secretary

    b.    Andrew S. Price – Chief Financial Officer