# EXHIBIT C

## Designated Excluded Assets

1. In accordance with the Combined Disclosure Statement and Plan, the Plan Sponsor has designated the equity interests in the Debtor's subsidiaries as Excluded Assets (as defined in the Combined Disclosure Statement and Plan). Accordingly, the equity interests in the Debtor's subsidiaries shall not vest in the Reorganized Debtor.