**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MARIN SOFTWARE INCORPORATED,[1] | Case No. 25-11263 (LSS) |
| Debtor. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                              ) ss:
COUNTY OF NEW YORK   )

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, LLC ("DRC"), 200 Vesey Street, 24th Floor, New York, NY 10281.

3. On the 14th day of August 2025, DRC, acting under my direct supervision, caused to serve, a true and accurate copy of the following documents:

    i. *Supplement to First Amended Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code* (Docket No. 104); and

    ii. *Notice of Supplement to First Amended Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code* (Docket No. 105),

via electronic mail upon the parties as set forth in Exhibit 1; and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

---

[1] The last four digits of the Debtor's federal tax identification number are 7180. The Debtor's address is 149 New Montgomery, 4th Floor, San Francisco, CA 94105. Copies of all pleadings filed in this chapter 11 case may be obtained free of charge at www.donlinrecano.com/mrin.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 18th day of August 2025, New York, New York.

By _____
Roderick Wong

Sworn before me this
18th day of August 2025

_____
Notary Public

```
SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025
```

# EXHIBIT 1

## Marin Software Incorporated
### Electronic Mail
### Exhibit Page

Page # : 1 of 1  08/14/2025 10:29:48 PM

| | | | |
|---|---|---|---|
| 000038P001-1569S-021<br>ALLIANCE ADVISORS LLC<br>JOHN SANCHEZ<br>200 BROADACRES DR<br>3RD FLOOR<br>BLOOMFIELD NJ 07003<br>AR@ALLIANCEADVISORSLLC.COM | 000034P001-1569S-021<br>ANDERSEN TAX HOLDING LLC<br>RICK LONG<br>PO BOX 25493<br>NEW YORK NY 10087<br>RICK.LONG@ANDERSEN.COM | 000040P001-1569S-021<br>BROADRIDGE INC<br>STEVIE MARCUS<br>PO BOX 416423<br>BOSTON MA 02241<br>STEVIE.MARCUS@BROADRIDGE.COM | 000051P001-1569S-021<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON,ESQ<br>425 MARKET ST.,STE 2900<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM |
| 000024P002-1569S-021<br>COZEN OCONNOR PC<br>TREVOR R HOFFMANN<br>3 WTC<br>175 GREENWICH ST 55TH FL<br>NEW YORK NY 10007<br>THOFFMANN@COZEN.COM | 000049P001-1569S-021<br>COZEN OCONNOR PC<br>MARK E FELGER;MARLA S BENEDEK<br>1201 N MARKET ST.,STE 1001<br>WILMINGTON DE 19801<br>MFELGER@COZEN.COM | 000049P001-1569S-021<br>COZEN OCONNOR PC<br>MARK E FELGER;MARLA S BENEDEK<br>1201 N MARKET ST.,STE 1001<br>WILMINGTON DE 19801<br>MBENEDEK@COZEN.COM | 000014P001-1569S-021<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US |
| 000004P001-1569S-021<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORP FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000046P001-1569S-021<br>DNSFILTER<br>PO BOX 96503<br>PMB 35914<br>WASHINGTON DC 20090-6503<br>RECEIVABLES@DNSFILTER.COM | 000044P001-1569S-021<br>MORGAN LEWIS AND BOCKIUS LLP<br>LORRAINE MARY VALENTINE<br>2222 MARKET ST<br>PHILADELPHIA PA 19103-2921<br>LORRAINE.VALENTINE@MORGANLEWIS.COM | 000045P001-1569S-021<br>NAVEX GLOBAL INC<br>PO BOX 60941<br>CHARLOTTE NC 28260-0941<br>AR@NAVEX.COM |
| 000050P001-1569S-021<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME COURT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701<br>AGINFO@AG.NV.GOV | 000003P002-1569S-021<br>OFFICE OF THE US TRUSTEE<br>JANE LEAMY, ESQ.<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>JANE.M.LEAMY@USDOJ.GOV | 000037P001-1569S-021<br>Q4 INC<br>JUSTIN TULLOCH<br>99 SPADINA AVE<br>STE 500<br>TORONTO ON M5V3P8<br>CANADA<br>JUSTIN.TULLOCH@Q4INC.COM | 000047P001-1569S-021<br>RICHARDS LAYTON AND FINGER PA<br>JOHN MARK ZEBERKIEWIXZ<br>920 NORTH KING ST<br>WILMINGTON DE 19801<br>ZEBER@RLF.COM |
| 000017P001-1569S-021<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV | 000033P001-1569S-021<br>SWITCH<br>HEATH ROSE<br>7135 S DECATUR BLVD<br>LAS VEGAS NV 89118<br>HROSE@SWITCH.COM | 000005P001-1569S-021<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | 000036P002-1569S-021<br>ZAYO GROUP, LLC<br>ANDREW CORTRITE<br>8 FINANCE ST<br>UNIT 5805/F TWO<br>CENTRAL HONG KONG<br>CHINA<br>ANDREW.CORTRITE@ZAYO.COM |

Records Printed :  20

# EXHIBIT 2

| | | | |
|---|---|---|---|
| 000038P001-1569S-021<br>ALLIANCE ADVISORS LLC<br>JOHN SANCHEZ<br>200 BROADACRES DR<br>3RD FLOOR<br>BLOOMFIELD NJ 07003 | 000034P001-1569S-021<br>ANDERSEN TAX HOLDING LLC<br>RICK LONG<br>PO BOX 25493<br>NEW YORK NY 10087 | 000040P001-1569S-021<br>BROADRIDGE INC<br>STEVIE MARCUS<br>PO BOX 416423<br>BOSTON MA 02241 | 000027P001-1569S-021<br>CALIFORNIA - FRANCHISE TAX BOARD<br>BANKRUPTCY BE MS A345<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| 000026P001-1569S-021<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 000028P001-1569S-021<br>CALIFORNIA STATE BOARD OF EQUALIZATION (SBOE)<br>SPECIAL OPERATIONS BANKRUPTCY TEAM<br>MIC: 74<br>PO BOX 942879<br>SACRAMENTO CA 94279-0074 | 000024P002-1569S-021<br>COZEN OCONNOR PC<br>TREVOR R HOFFMANN<br>3 WTC<br>175 GREENWICH ST 55TH FL<br>NEW YORK NY 10007 | 000014P001-1569S-021<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801 |
| 000008P001-1569S-021<br>DELAWARE DIVISION OF REVENUE<br>BANKRUPTCY ADMINISTRATOR<br>CARVEL STATE OFFICE BUILD 8TH FLOOR<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000004P001-1569S-021<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORP FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 | 000006P001-1569S-021<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1569S-021<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 |
| 000046P001-1569S-021<br>DNSFILTER<br>PO BOX 96503<br>PMB 35914<br>WASHINGTON DC 20090-6503 | 000009P001-1569S-021<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000001P001-1569S-021<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1569S-021<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 |
| 000018P001-1569S-021<br>MASSACHUSETTS DEPT OF REVENUE<br>COLLECTIONS BUREAU BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON MA 02204-7090 | 000044P001-1569S-021<br>MORGAN LEWIS AND BOCKIUS LLP<br>LORRAINE MARY VALENTINE<br>2222 MARKET ST<br>PHILADELPHIA PA 19103-2921 | 000045P001-1569S-021<br>NAVEX GLOBAL INC<br>PO BOX 60941<br>CHARLOTTE NC 28260-0941 | 000050P001-1569S-021<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME COURT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701 |
| 000003P002-1569S-021<br>OFFICE OF THE US TRUSTEE<br>JANE LEAMY, ESQ.<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 | 000037P001-1569S-021<br>Q4 INC<br>JUSTIN TULLOCH<br>99 SPADINA AVE<br>STE 500<br>TORONTO ON M5V3P8<br>CANADA | 000047P001-1569S-021<br>RICHARDS LAYTON AND FINGER PA<br>JOHN MARK ZEBERKIEWIXZ<br>920 NORTH KING ST<br>WILMINGTON DE 19801 | 000015P001-1569S-021<br>SECURITIES AND EXCHANGE COMMISSION<br>ANTONIA APPS REGIONAL DIRECTOR<br>100 PEARL ST<br>STE 20-100<br>NEW YORK NY 10004-2616 |
| 000016P001-1569S-021<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549 | 000017P001-1569S-021<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103 | 000020P001-1569S-021<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REGIONAL OFFICE<br>ANDREW CALAMARI REG DIRECTOR<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000012P001-1569S-021<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL<br>OFFICE OF PROGRAM LITIGATION BANKRUPTCY<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 |

**Marin Software Incorporated**
**US First Class Mail**
**Exhibit Pages**

Page # : 2 of 2                                                                                                   08/14/2025 10:29:15 PM

| | | | |
|---|---|---|---|
| 000033P001-1569S-021<br>SWITCH<br>HEATH ROSE<br>7135 S DECATUR BLVD<br>LAS VEGAS NV 89118 | 000005P001-1569S-021<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801 | 000011P001-1569S-021<br>US EPA REG 3<br>BETTINA DUNN<br>OFFICE OF REG. COUNSEL<br>FOUR PENN CENTER<br>PHILADELPHIA PA 19103-2852 | 000019P001-1569S-021<br>US SMALL BUSINESS ADMINISTRATION<br>DISTRICT COUNSEL<br>660 AMERICAN AVE<br>STE 301<br>KING OF PRUSSIA PA 19406 |
| 000036P002-1569S-021<br>ZAYO GROUP, LLC<br>ANDREW CORTRITE<br>8 FINANCE ST<br>UNIT 5805/F TWO<br>CENTRAL HONG KONG<br>CHINA | | | |

Records Printed :    33