**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MARIN SOFTWARE INCORPORATED,[1] | Case No. 25-11263 (LSS) |
| Debtor. | **Related Docket Nos. 88, 89, 104 and 111** |

**NOTICE OF FILING OF <u>AMENDED</u>
SUPPLEMENT TO COMBINED DISCLOSURE
STATEMENT AND PLAN OF REORGANIZATION OF MARIN
SOFTWARE INCORPORATED UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on July 15, 2025, the Debtor filed the *Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code* [Docket No. 49], as subsequently amended on July 30, 2025 by the *First Amended Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code* [Docket No. 89], and as subsequently amended again on August 25, 2025 by the *Second Amended Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code* [Docket No. 111] (the "<u>Plan</u>"), in the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").[2]

**PLEASE TAKE FURTHER NOTICE** that, on July 30, 2025, the Court entered its *Order (I) Granting Conditional Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Hearing on (A) the Adequacy of the disclosure Statement, (B) Confirmation of the Plan, and (C) the Assumption or Rejection of Executory Contracts and Cure Amounts, and Setting Deadlines Related Thereto; (III) Approving the Forms of Notice to Non-Voting Classes; and (IV) Granting Related Relief* [Docket No. 88] (the "<u>Confirmation Procedures Order</u>"). Pursuant to the Confirmation Procedures Order, the deadline for the Debtor to file any supplement to the Plan was August 14, 2025.

**PLEASE TAKE FURTHER NOTICE** that, on August 14, 2025, the Debtor filed the *Supplement to First Amended Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code* [Docket No. 104] (the "<u>Plan Supplement</u>"), as may be modified, amended, or supplemented from time to time.

---

[1]   The last four digits of the Debtor's federal tax identification number are 7180. The Debtor's address is 149 New Montgomery, 4th Floor, San Francisco, CA 94105. Copies of all pleadings filed in this chapter 11 case may be obtained free of charge at <u>www.donlinrecano.com/mrin</u>.

[2]   A capitalized term used but not defined herein shall have the meaning ascribed to it in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby amends the Plan Supplement by filing the modified Plan Administrator Agreement attached hereto as **Exhibit A** (the "Modified Plan Administrator Agreement"), which incorporates comments received from the Plan Sponsor and Plan Administrator. Attached hereto as **Exhibit B** is a comparison (changed pages only) of the Plan Administrator Agreement to the Modified Plan Administrator Agreement.

**PLEASE TAKE FURTHER NOTICE** that the forms of the documents contained in the Plan Supplement are integral to, and are considered part of, the Plan. If the Plan is approved, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Plan Supplement, as well as further information regarding this Chapter 11 Case, are available for inspection on the Court's website at https://www.deb.uscourts.gov/, or free of charge on the Debtor's restructuring website at www.donlinrecano.com/mrin.

Dated: August 25, 2025            **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)
Debra I. Grassgreen (admitted *pro hac vice*)
Jason H. Rosell (admitted *pro hac vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tel: (302) 652-4100
Email: joneill@pszjlaw.com
          dgrassgreen@pszjlaw.com
          jrosell@pszjlaw.com

*Counsel to the Debtor*