IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MARIN SOFTWARE INCORPORATED,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11263 (LSS)<br><br>**Related Docket Nos. 89, 104, 111, and 113** |

### NOTICE OF FILING OF PROPOSED CONFIRMATION ORDER

**PLEASE TAKE NOTICE** that, on July 15, 2025, the above-captioned debtor (the "Debtor") filed the *Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code* [Docket No. 49], as subsequently amended on July 30, 2025 by the *First Amended Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code* [Docket No. 89], and as subsequently amended again on August 25, 2025 by the *Second Amended Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code* [Docket No. 111] (the "Plan"), in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held in person before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court Judge, at the United States Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801, on **August 28, 2025, at 10:30 a.m. (Eastern Time)**.

---

[1] The last four digits of the Debtor's federal tax identification number are 7180. The Debtor's address is 149 New Montgomery, 4th Floor, San Francisco, CA 94105. Copies of all pleadings filed in this chapter 11 case may be obtained free of charge at www.donlinrecano.com/mrin.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>Exhibit A</u> is the proposed *Order Confirming Second Amended Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code* (the "<u>Proposed Confirmation Order</u>"). The Debtor reserves the right to materially alter, amend, or modify the Proposed Confirmation Order at any time prior to the Confirmation Hearing. The Debtor intends to present a form of the Proposed Confirmation Order (subject to any modifications and/or amendments) to the Bankruptcy Court at the Confirmation Hearing.

| | |
|---|---|
| Dated: August 26, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |

<u>/s/ James E. O'Neill</u>
James E. O'Neill (DE Bar No. 4042)
Debra I. Grassgreen (admitted *pro hac vice*)
Jason H. Rosell (admitted *pro hac vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tel: (302) 652-4100
Email: joneill@pszjlaw.com
       dgrassgreen@pszjlaw.com
       jrosell@pszjlaw.com

*Counsel to the Debtor*