# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MARIN SOFTWARE INCORPORATED,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-11263 (LSS) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 28, 2025 AT 10:30 A.M. EASTERN TIME BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 2 WILMINGTON, DELAWARE 19801

**All hearings before Judge Silverstein are in person.**

**Permission to appear remotely at any hearing must be approved by chambers.
Case participants who are permitted to attend remotely must register using the
http://www.deb.uscourts.gov/ecourt-appearances tool described below.**

**The deadline to register for remote attendance is 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed. When registering, case participants may choose to attend remotely through video or audio access. Please be aware that if you choose audio access and the proceedings involve witness testimony, you may be disconnected entirely from the hearing or moved to a waiting room and unable to hear that portion of the proceedings. Once you register your appearance, a screen will appear that states "Thank you for registering your appearance in (Case number) (Case name)." An electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**

**Please do not contact the United States Bankruptcy Court
for the District of Delaware to confirm registration.**

## RESOLVED MATTER

1. Application of Debtor for Entry of an Order (I) Authorizing the Retention and Employment of Armanino Advisory LLC as Financial Advisor to the Debtor Effective as of July 1, 2025 and (II) Granting Related Relief [Filed: 7/18/25] (Docket No. 59)

   Response Deadline:         August 8, 2025, at 4:00 p.m. Eastern Time

   Responses Received:        None

   Related Documents:

         a)    Certification of Counsel Regarding Order (I) Authorizing the Retention and

---

[1] The last four digits of the Debtor's federal tax identification number are 7180. The Debtor's address is 149 New Montgomery, 4th Floor, San Francisco, CA 94105. Copies of all pleadings filed in this chapter 11 case may be obtained free of charge at www.donlinrecano.com/mrin.

        Employment of Armanino Advisory LLC as Financial Advisor to the Debtor Effective as of July 1, 2025 and (II) Granting Related Relief [Filed: 8/11/25] (Docket No. 102)

    b)    Order (I) Authorizing the Retention and Employment of Armanino Advisory LLC as Financial Advisor to the Debtor Effective as of July 1, 2025 and (II) Granting Related Relief [Filed: 8/15/25] (Docket No. 106)

Status:  An order has been entered by the Court.  No hearing is necessary.

## DISCLOSURE APPROVALS AND PLAN CONFIRMATION

2.    Second Amended Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code [Filed 8/25/25] (Docket No. 111)

    Plan Response Deadline:    August 21, 2025, at 4:00 p.m. Eastern Time, Extended for U.S. Trustee to August 22, 2025 at 4:00 p.m Eastern Time

    Responses Received:    None

    Related Documents:

    a)    Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code [Filed: 07/15/25] (Docket No. 49)

    b)    Order Shortening Notice of Debtor's Motion for Entry of an Order (I) Granting Conditional Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Hearing on (A) the Adequacy of the Disclosure Statement, (B) Confirmation of the Plan, and (C) the Assumption or Rejectin of Executory Contracts and Cure Amoiunts, and Setting Deadlines Related Thereto; (III) Approving the Forms of Notices to Non-Voting Classes; and (IV) Granting Related Relief [Filed: 07/16/25] (Docket No. 53)

    c)    Notice of Proposed Changes to Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code [Filed: 07/28/25] (Docket No. 75)

    d)    First Amended Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code [Filed 7/30/25] (Docket No. 89)

    e)    Notice of (I) Conditional Approval of Disclosures; (II) Hearing to Consider Confirmation of the Plan; and (III) Deadline for Filing Objections to Approval and Confirmation of the Combined Disclosure Statement and Plan [Filed 7/31/25] (Docket No. 93)

f) Notice of (I) Non-Voting Status Due to Non-Impairment, (II) Conditional Approval of Disclosure, (III) Hearing to Consider Confirmation of the Plan, and (IV) Deadline for Filing Objections to Confirmation of the Plan [Filed 7/31/25] (Docket No. 95)

g) Supplement to First Amended Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code [Filed 8/14/25] (Docket No. 104)

h) Notice of Supplement to First Amended Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code [Filed 8/14/25] (Docket No. 105)

i) Notice of Filing of Second Amended Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code [Filed 8/25/25] (Docket No. 112)

j) Notice of Filing of Amended Supplement to Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code [Filed 8/25/25] (Docket No. 113)

k) Notice of Filing of Proposed Confirmation Order [Filed 8/26/25] (Docket No. 114)

l) Debtor's Memorandum of Law in Support of an Order Confirming the Second Amended Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code [Filed 8/26/25] (Docket No. 115)

m) Declaration of Robert Bertz, Chief Financial Officer, in Support of Confirmation of the Second Amended Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code [Filed 8/26/25] (Docket No. 116)

Status:  The hearing on final approval of the disclosure statement and confirmation of the second amended plan is going forward.

Dated: August 26, 2025            **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)
Debra I. Grassgreen (admitted *pro hac vice*)
Jason H. Rosell (admitted *pro hac vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tel: (302) 652-4100
Email: joneill@pszjlaw.com
      dgrassgreen@pszjlaw.com
      jrosell@pszjlaw.com

*Counsel to the Debtor*