**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MARIN SOFTWARE INCORPORATED, | Case No. 25-11263 (LSS) |
| Reorgnized Debtor.[1] | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 29, 2025 AT 2:30 P.M. EASTERN TIME**

> **THIS HEARING HAS BEEN CANCELLED BY THE COURT**
> **AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**MATTERS UNDER CERTIFICATION**

1. First and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor for the Period from July 1, 2025 Through and Including September 5, 2025 [Filed: 10/125] (Docket No. 130)

   Response Deadline:    October 22, 2025, at 4:00 p.m. (ET).

   Responses Received:  None.

   Related Documents:

   (a)    Certification of No Objection Regarding Order Granting First and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor for the Period from July 1, 2025 Through and Including September 5, 2025 [Filed 10/24/25] (Docket No. 142)

   (b)    Certification of Counsel Regrading Omnibus Order Granting Fist and Fnial Fee Applications for Compensation and Reimbursement of Expenses [Filed: 10/27/25] (Docket No. 146)

---

[1]    The last four digits of the Debtor's federal tax identification number are 7180. The Debtor's address is 149 New Montgomery, 4th Floor, San Francisco, CA 94105. On August 29, 2025, the Court entered an order [Docket No. 121] (the "Confirmation Order") confirming the *Second Amended Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code* (the "Plan") [Docket No. 111]. The Effective Date of the Plan was September 5, 2025.

<u>Status</u>: No objections have been filed.  The Debtor filed a certification of counsel and submitted an omnibus fee order.

2.  First and Final Application for Compensation and Reimbursement of Expenses of Armanino Advisory, LLC as Financial Advisor to the Debtor for the Period From July 1, 2025 Through and Including Spetember 5, 2025 [Filed: 10/1/25] ([Docket No. 131](#))

<u>Response Deadline</u>:    October 22, 2025, at 4:00 p.m. (ET).

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

(a)    Certification of No Objection Regarding Order Granting First and Final Application for Compensation and Reimbursement of Expenses of Armanino Advisory, LLC as Financial Advisor to the Debtor for the Period From July 1, 2025 Through and Including Spetember 5, 2025  [Filed 10/24/25] ([Docket No. 143](#))

(b)    Certification of Counsel Regrading Omnibus Order Granting Fist and Fnial Fee Applications for Compensation and Reimbursement of Expenses [Filed: 10/27/25] ([Docket No. 146](#))

<u>Status</u>: No objections have been filed.  The Debtor filed a certification of counsel and submitted an omnibus fee order.

3.  First and Final Application of Donlin, Recano & Company, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Administrative Advisor to the Debtor for the Period July 1, 2025 Through September 5, 2025 [Filed: 10/1/25] ([Docket No. 132](#))

<u>Response Deadline</u>:    October 22, 2025, at 4:00 p.m. (ET).

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

(a)    Certification of No Objection Regarding Order Granting First and Final Application of Donlin, Recano & Company, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Administrative Advisor to the Debtor for the Period July 1, 2025 Through September 5, 2025 [Filed 10/24/25] ([Docket No. 144](#))

(b)    Certification of Counsel Regrading Omnibus Order Granting Fist and Fnial Fee Applications for Compensation and Reimbursement of Expenses [Filed: 10/27/25] ([Docket No. 146](#))

Status: No objections have been filed.  The Debtor filed a certification of counsel and submitted an omnibus fee order.

4. First and Final Application for Compensation and Reimbursement of Expenses of Fenwick & West LLP as Special Corporate Counsel for the Debtor for the Period July 1, 2025 Through September 5, 2025 [Filed: 10/1/25] (Docket No. 135)

Response Deadline:    October 24, 2025, at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

(a)    Certification of No Objection Regarding Order Granting First and Final Application for Compensation and Reimbursement of Expenses of Fenwick & West LLP as Special Corporate Counsel for the Debtor for the Period July 1, 2025 Through September 5, 2025 [Filed 10/27/25] (Docket No. 145)

(b)    Certification of Counsel Regrading Omnibus Order Granting Fist and Fnial Fee Applications for Compensation and Reimbursement of Expenses [Filed: 10/27/25] (Docket No. 146)

Status: No objections have been filed.  The Debtor filed a certification of counsel and submitted an omnibus fee order.

Dated: October 27, 2025         **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)
Debra I. Grassgreen (admitted *pro hac vice*)
Jason H. Rosell (admitted *pro hac vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tel: (302) 652-4100
Email: joneill@pszjlaw.com
       dgrassgreen@pszjlaw.com
       jrosell@pszjlaw.com

*Counsel to the Reorganized Debtor*