IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MARIN SOFTWARE INCORPORATED,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 25-11263 (LSS) |

Hearing Date: March 24, 2026 at 3:00 p.m. (ET)
Objection Deadline: March 6, 2026 at 4:00 p.m. (ET)

NOTICE OF PLAN ADMINISTRATOR'S
OBJECTION TO CLAIM FILED BY MEGEAN MADDEN (CLAIM #19)

**PLEASE TAKE NOTICE** that on February 12, 2026, Armanino Advisory LLC, as plan administrator (the "Plan Administrator") appointed under the confirmed chapter 11 Plan (defined below) in the chapter 11 cases (the "Chapter 11 Case") of the above-captioned debtor (the "Debtor"),[2] filed the *Plan Administrator's Objection to Claim Filed by Megean Madden (Claim #19)* (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court"). **Your claim(s) may be disallowed and expunged as a result of the Objection. Therefore, you should read the attached Objection carefully.**

**PLEASE TAKE FURTHER NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION AND BY ANY FURTHER CLAIM OBJECTION THAT MAY BE FILED BY THE PLAN ADMINISTRATOR OR OTHERWISE. THE RELIEF SOUGHT HEREIN IS WITHOUT PREJUDICE TO THE PLAN**

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 7180. The Debtor's address is 149 New Montgomery, 4th Floor, San Francisco, CA 94105.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the confirmed *Second Amended Combined Disclosure Statement and Plan of Reorganization of Marin Software Incorporated Under Chapter 11 of the Bankruptcy Code* [Docket No. 111] (the "Plan"), attached as Exhibit A to the *Order Confirming Second Amended Combined Disclosure Statement And Plan Of Reorganization Of Marin Software Incorporated Under Chapter 11 Of The Bankruptcy Code* [Docket No. 121] (the "Confirmation Order").

ADMINISTRATOR'S RIGHT TO PURSUE FURTHER OBJECTIONS AGAINST YOUR CLAIM(S) SUBJECT TO THE OBJECTION IN ACCORDANCE WITH APPLICABLE LAW AND APPLICABLE ORDERS OF THE BANKRUPTCY COURT.

**PLEASE TAKE FURTHER NOTICE** that if the holder of a claim is the subject of the Objection and wishes to respond to the Objection, the holder must file a written response with the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and serve a copy of such written response on counsel to the Plan Administrator: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705 (Attn: James E. O'Neill (joneill@pszjlaw.com), Debra I. Grassgreen (dgrassgreen@pszjlaw.com), Jason H. Rosell (jrosell@pszjlaw.com), and Peter J. Keane (pkeane@pszjlaw.com), so as to be received on or before **March 6, 2026 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that responses to the Objection must contain, at minimum, the following:

i. a caption setting forth the name of the Court, the name of the Debtor, the lead case number, or the remaining case number (as applicable), and the title of the Objection to which the Response is directed;

ii. the name of the claimant, the claim number, and a description of the basis for the amount of the claim;

iii. the specific factual basis and supporting legal argument upon which the party will rely in opposing this Objection;

iv. all documentation and other evidence, to the extent it was not included with the proof of claim previously filed with the clerk or Claims Agent, upon which the claimant will rely to support the basis for and amounts asserted in the proof of claim and in opposing this Objection; and

v. the name, address, telephone number, fax number, or email address of the person(s) (which may be the claimant or the claimant's legal representative) with whom counsel for the Plan Administrator should communicate with respect to the claim or the Objection and who possesses

authority to reconcile, settle, or otherwise resolve the objection to such claim on behalf of the claimant.

**PLEASE TAKE FURTHER NOTICE** that if no response to the Objection is timely filed and received in accordance with the above procedures, an order may be entered sustaining the Objection without further notice or a hearing. If a response is properly filed, served and received in accordance with the above procedures and such response is not resolved, a hearing to consider such response and the Objection will be held before the Honorable Laurie Selber Silverstein at the Court, 824 North Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801 on **March 24, 2026 at 3:00 p.m. (ET)**. Only a response made in writing and timely filed and received will be considered by the Court at the Hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY SUSTAIN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading can be viewed and/or obtained by: (i) accessing the Court's website, for a fee, at www.deb.uscourts.gov, (ii) contacting the undersigned counsel; or (iii) accessing the Claims Agent's website, for free, at https://bankruptcy.angeiongroup.com/Clients/mrin/Index. Note that a PACER password is needed to access documents on the Court's website.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: February 12, 2026 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Peter J. Keane* |
| | James E. O'Neill (DE Bar No. 4042) |
| | Debra I. Grassgreen (admitted *pro hac vice*) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Tel: (302) 652-4100 |
| | Email: joneill@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | jrosell@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | |
| | *Counsel to the Plan Administrator of Marin Software Incorporated* |